BEHZAD A. SAMIMI                                                                                          Page-1

# BEHZAD A. SAMIMI

36 Emerald Road • Springfield, Massachusetts 01119

Email: samimibdvs@aol.com/ Home: (413) 782-0258

---

**Date:**          June 23, 2005

**To:**            The Honorable United States District Court
                   Office of the Clerk
                   United States Courthouse
                   1550 Main Street
                   Springfield, MA 01103

**Re:**            Behzad A. Samimi (Pro- Se Plaintiff)/ Verses
                   TYCO Healthcare/ Ludlow/, Ludlow Technical Product

**Case Number:**   05-30054-MAP

**Motions:**       - Filing this Emergency Motion with Supporting Affidavit, Requesting up to a <u>6- Months</u> Extension of Time (to 12/ 23/ 05) for the "Service of Process Made and Return with the Court".

   - Very Kindly, if the Above "Pro-Se Motion" is Denied if Possible and the Court Deem Necessary to Provide an Alternative Lawful Pathway/ Lawful Legal Advice. <u>*(Please Note, When I Studied the "Rulebook", It Does Not Specify the Pro-Se Lawful Legal Procedural Rights.*</u>

BEHZAD A. SAMIMI                                                                 Page-2

**The Honorable United States District Court:**

<u>**Emergency Motions Requested:**</u>

Your honor, very respectfully yours, I Behzad A. Samimi, as an ordinary Pro-Se Plaintiff (not by choice) for the below reasons and additionally in order to protect public safety and security am forced to and see no other legal alternative, except to file the below two emergency motions.

1)-   Please note that I am very humbly and with great regret requesting from this court up to a <u>6- months</u> extension of time (to 12/ 23/ 05) for the "Service of Process Made and Return Filed with the Court" under Fed. Civ. P. 6(b).

2)-   Additionally, kindly please, if the above pro-se public safety motions is denied please Provide alternative legal advice in this case of whistleblower grievance nature of worker safety/ Consumer protection.

<u>**The Purpose and Good Cause Shown for this Request:**</u>

A. Your Honor, foremost this extension of time is very imperative and crucial to protect and preserve my impending rights as a pro-se plaintiff as well as many others comparable effected parties for that instance. As a reminder, please kindly make a note that this is a case

of pro-se whistleblower worker safety/ public security grievance as well as a case of civil rights, public policy and consumer protection. A case that above all will raise safety awareness to save workers/ consumers lives. A case that will assist restoring workers/ public trust and adequately safeguard our great country's constitutional rights. A case that will assist the existed crucial and immanent deficiencies to its reform. A case that will assist expanding the culture of current workplace safety and ethical codes of conduct that has failed. And, ultimately will lead to an increase work place efficiencies, productivity and morality.

B. That, presently there is a pending cases that I have filed at the "U.S. Court of Appeals for the First Circuit" against the same above defendant which has a actual direct link to this case which was filed on February 23, 2005 with the U. S. District Court.  Please notice that on March 23, 2005 I filed my Initial Appeal Brief with the U.S. Court of Appeals for the First Circuit (Case # 04-2632). This initial grievance consisted of <u>120</u>- pages of detailed briefing, and additional over <u>600</u> pages of appendixes attached to this brief.

C. That, on February 23, 2005 I had additionally filed a similar case with the "Hampden Superior Court, Civil Court Department", (Civil

BEHZAD A. SAMIMI                                                                 Page-4
_____

Docket # HDCV2005-00190-A) against the same above defendant. Please note that similarly at the same time of this motion and for the same above reasons of safeguarding my impending and constitutional rights as a pro-se I am now requesting for 6- months of extension time (to 12/23/05).

### Motivation Behind Filing the Above Two Cases (Item B & C):

Your Honor, very respectfully yours please note that there has been additional motivation for me that compelled me as a pro-se to file two other similar cases under a comparable grievance at two different levels of legal actions. Please note that the below motivation are beside the above reasons of items A, B and C. My additional motivations are as follow:

1. Besides protecting my legal rights I have been very concern about the protection and not misuse of the court's time by any means.

2. I have been wanting to act in good faith in good faith not to pursue multiple civil right cases with multiple court at the same time. Additionally I have a high regard for all judicial court processing and not wasting/ misusing the legal actions. But, your Honor at the same

time I would like to exercise my rights at all levels since I do not claim that I am familiar with legal representative by any means or manner.

3)- My original civil action case that I filed with the U.S. District Court on of that my intension is that the final ruling of the "United States Court of Appeal for the First Circuit" will indicate if I would choose to pursue this case at the Federal or State level. And, or if there is a need to pursue these two cases any further in future at the "U.S. District Court", or the "Hampden Superior Court". For this very same reason I have been hesitating to what it is considered a "Service of Process Made and Return filed with the Court".

Very respectfully your I am look forward to your response.

                                      **Very Respectfully Yours,**

                                      *[signature]*
                                      **Behzad A. Samimi**

Date Submitted: June 23, 2005