# United States District Court

_____ DISTRICT OF _____

Behzad A. Samimi

v.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30054-MAP

TO: (Name and address of defendant)

Mr. Don Dastoli
Human Resources Director
Tyco Healthcare/Ludlow, Ludlow technical products
2 Ludlow Park, Chicopee, MA 01022

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro-se Plaintiff
Behzad A. Samimi
36 Emerald Rd.
Springfield, MA 01119

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                February 23, 2005

CLERK                                        DATE

Mary Finn

(BY) DEPUTY CLERK

**EQ 003877675 US**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| C11?1 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 13.5 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 5 26 | Month Day | $ |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| Time Accepted | ☐ Noon ☐ 3 PM | $  /  $ |
| 9 ☐ AM | Military | Total Postage & Fees |
| ☐ PM | ☐ 2nd Day ☐ 3rd Day | $ |
| Flat Rate ☐ or Weight | Int'l Alpha Country Code | Acceptance Emp. Initials |
| 1 lbs.   ozs. | | |

**FROM:** (PLEASE PRINT)   PHONE ( 413 ) 782-0259

Behzad A. Samimi
36 Emerald Rd.
Springfield, MA 01119

**FOR PICKUP OR TRACKING**
visit **www.usps.com**
1-800-222-1811   =EMS=

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or Postal Service Acct. No.

**NO DELIVERY**  ☐ Weekend  ☐ Holiday   Mailer Signature

**TO:** (PLEASE PRINT)   PHONE ( )

Attorney Peter O. Hughes
Ogletree Deakins Nash
10 Madison Ave
Morristown, NJ 07960

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)

0  7  9  6  0  +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

EQ 003877684 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 01101
Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $13.65
Date Accepted: 8/30
Scheduled Date of Delivery: 5/31
Return Receipt Fee: $
Time Accepted: ☐ AM ☐ PM
Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
COD Fee: $
Insurance Fee: $
Flat Rate ☒ or Weight: 1 lbs ozs
☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $13.65
Int'l Alpha Country Code
Acceptance Emp. Initials

**FROM:** (PLEASE PRINT) PHONE (413) 782-0255
Behzad A. Samimi
36 Emerald Rd.
Springfield, MA 01119

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE
Customer Copy — Label 11-B, March 2004
Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt / Mo. Day / Time / ☐ AM ☐ PM / Employee Signature
Delivery Attempt / Mo. Day / Time / ☐ AM ☐ PM / Employee Signature
Delivery Date / Mo. Day / Time / ☐ AM ☐ PM / Employee Signature

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature

**TO:** (PLEASE PRINT) PHONE ( )
Mr. Allen Todres
Human Resource Director
Tyco Healthcare / Kendall
15 Hampshire St., Mansfield, MA
ZIP + 4: 02048

# Certificate of Service

I, Behzad A. Samimi hereby certify that on August 25, 2005, I filed an original copy of the Court Summon, Civil Cover Sheets (8-pages), and February 22, 2005 letter 36 pages/ associated attachments (Case # 05-30054-MAP) of Pro- Se Plaintiff, Behzad A. Samimi, 36 Emerald Road, Springfield, MA 01119 by means of next day service through the Hampden County Sheriff Office to:

| | |
|---|---|
| Mr. Don Dastoli<br>Human Resource Director<br>Tyco Healthcare/ Ludlow, Ludlow Technical Products<br>2 Ludlow Park<br>Chicopee, MA 01022 | Defendant |

Also on August 25, 2005, I, Behzad A. Samimi filed a duplicated copy of the same above Court Summon by means of First Class, ~~Federal Express~~, next Days Delivery to:

*USPS, Express Mail*

| | |
|---|---|
| Mr. Allen Todres<br>Human Resource Director<br>Tyco Healthcare/ Kendall<br>15 Hampshire Street<br>Mansfield, MA, 02048 | Defendant |
| Attorney Peter O. Hughes<br>Ogletree, Deakins, NASH,<br>10 Madison Avenue, Suite 402<br>Morristown, New Jersey 07960 | Defendant's - Attorney |

August 25, 2005
Date

_____
signature

# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933

**MICHAEL J. ASHE, JR.**
SHERIFF

**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR

**MAJOR CHARLES A. CAMERLIN**

**CAPTAIN JORGE DIAZ**

BEHZAD A. SAMIMI
36 EMERALD Road
SPRINGFIELD, MA 01119

**Please remit to:**
P.O. Box 5005
Springfield, MA 01101-5005

Amount Due: $ 0.00
Invoice #:   05029805
Invoice Date: 8/29/2005

Phone:(413)237-5298

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt

Writ: FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET

Please send a copy of this invoice with your remittance

BEHZAD A. SAMIMI
vs.
MR. DON DASTOLI, HUMAN RESOURCES DIR.

Invoice #:   05029805
Invoice Date: 8/29/2005

Serve:     MR. DON DASTOLI, HUMAN RESOURCES DIR.
           TYCO HEALTH CARE/LUDLOW TECHNICAL PRODUC
           2 LUDLOW Park
           CHICOPEE, MA 01020

Served by Deputy Sheriff: PETER M. SHEEHAN
Service Date: 8/26/2005  Time: 3:20:00PM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Conveyance | 1.20 |
| Travel | 2.56 |
| Basic Service Fee | 30.00 |
| Mailing1 | 1.00 |
| **Total Charges** | **39.76** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 8/26/2005 | | 39.76 |
| **Payment Total** | | 39.76 |

Amount Due: $ 0.00

**COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN**

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden, Holland, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield, West Springfield, Wilbraham

(c) 2003 \\Reports\MA_Hampden_Invoice_Sybase.rpt

AO 440 (Rev. 10/93) Summons in a Civil Action

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

August 29, 2005

I hereby certify and return that on 8/26/2005 at 03:20 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by delivering in hand to MR. DON DASTOLI, HUMAN RESOURCES DIR., TYCO HEALTH CARE/LUDLOW TECHNICAL PRODUCTS at 2 LUDLOW Park, CHICOPEE, MA 01020 <>.Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $39.76

Deputy Sheriff PETER M. SHEEHAN  _____
                                    **Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                          Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.