UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

BEHZAD A. SAMIMI, :
:
      Plaintiff, :
:
v. : Case No. 3:05-cv-30054-MAP
:
TYCO HEALTHCARE/ :
LUDLOW, LUDLOW TECHNICAL : Electronically Filed
PRODUCTS, :
:
      Defendant. :

---

## RULE 7.1 DISCLOSURE STATEMENT

Evan J. Shenkman, of full age, certifies as follows:

1. I am associated with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant Ludlow Technical Products, a Division of Tyco Healthcare Group LP ("Ludlow") in the above-captioned matter.

2. Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Ludlow makes the following disclosure: Ludlow Technical Products is an unincorporated division of Tyco Healthcare Group LP, which is an indirect subsidiary of Tyco International Ltd. Tyco International Ltd. is the only publicly held company that owns 10% or more of Ludlow's stock.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Dated: September 14, 2005

LUDLOW TECHNICAL PRODUCTS, A DIVISION OF
TYCO HEALTHCARE GROUP LP
By its attorneys
s/ Evan J. Shenkman
Evan J. Shenkman (BBO #650524)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue, Suite 402
Morristown, NJ 07960
(973) 656-1600

## CERTIFICATE OF SERVICE

I, Laura Leone, hereby certify under the pains and penalties of perjury that on September 14, 2005, I served a copy of Defendant's Rule 7.1 Disclosure Statement by first class mail, postage prepaid, upon pro se plaintiff:

Behzad A. Samimi
36 Emerald Road
Springfield, MA 01119

*Laura Leone*
Signature