| | |
|---|---|
| Date: | September 28, 2005 |
| From: | Behzad A. Samimi,<br>36 Emerald Road, Springfield, MA 01119<br>Tel #: 413-782-0258, E-mail: samimibdvs@aol.com  (cell – 413-237-5295) |
| To: | The Honorable US-District Court Full Panel Judges<br>Office of the Clerk, United States Courthouse<br>1550 Main Street, Springfield, MA 01103 |
| Re: | Behzad A. Samimi (Pro-Se Plaintiff)/ Verses<br>TYCO Healthcare/ Ludlow/ Ludlow Technical Product, (Defendants) |
| Case #: | 3:05-cv-30054-MAP |

Motions: <u>Very respectfully and kindly I am filing to appeal/ request the below 9- Emergency Motions:</u>

1)- Strongly disagree with the entire content of the Defendant's rebuttal letter dated of 9/14/05. (But, however I was away from town and did not receive this letter until 9/19/05).

2)- Requesting to please consider honorable "full panel judges" review this public safety case.

3a)- Requesting to please granting me court appointed counsel on behalf of Constitutional Protection.
3b)- Requesting to please granting me court appointed counsel on behalf of US-Consumer Protection.
3c)- Requesting to please granting me court appointed counsel on behalf of American Workers.
3d)- Requesting to consider commission-based services on behalf/ interest of US- Government.
3e)- Requesting to consider fee based legal counsel on behalf/ interest of US- Government.

4)- Requesting to please allowing me for an oral argument to articulate the great difficulties & disadvantages that I've been experiencing for being a Pro-Se Plaintiff. (Please note that I've been representing myself as Pro-Se Plaintiff in a public safety case, since financially can not afford legal representations but however I was denied legal representation by this court.

5)- Requesting to please consider if the above motions # 3a-c and motion # 4 is denied to allow me reconsideration to re-file the financial eligibility for the US-District Court appointed counsel.

6)- Requesting to please consider if the above motions #3 a-c & motion #4, and motion #5 is still denied, then to allow me sufficient time to exercise my rights though other respectable constitutional protection agencies such as "ACLU" and "Citizen Works, Ralph Nader's office" for legal representation in this worker/ public safety and consumer protection case <u>(If the above motions of 3, 4 and 5 is still denied to please grant me the below motions #7 and motion #8 to effectively as best as I possibly can to respond to the Defendant's rebuttal letter dated September 14, 2005)</u>.

7)- Requesting to please grant me a suitable <u>extension of time</u>, anywhere between 10- 365 days.
8)- Requesting to please grant me a suitable <u>page limit enlargement</u>, of 10-120 pages. And, to allow me to include 500 pages of Appendix of document submitted to First Circuit.

(The above Motions #7 & Motion #8 is needed in order to be able to give you additional detailed justification/ experiencing difficulties for needing extension of time and page limit enlargement).

9)- Requesting to please consider preserving my rights, American workers rights, American consumer protection rights for any other additional motions that as a Pro-Se Defendant am not familiar with and might be entitled to me and other comparable victimized individuals

(For additional justification please refer to my original grievance letter with the court)

Behzad A. Samimi