**BEHZAD A. SAMIMI**
36 Emerald Road · Springfield, Massachusetts 01119
Email: samimibdvs@aol.com
Home: (413) 782-0258
Cell: (413) 237-5295

---

**Date:** October 31, 2005

**Re:** Behzad A. Samimi (Pro-Se Plaintiff)/ Verses TYCO Healthcare/ Ludlow/ Ludlow Technical Product, (Defendants)

**Case #:** 3:05-cv-30054-MAP

**To:** Ms. Liz, Office of the Clerk
United States District Court
United States Courthouse
1550 Main Street, Springfield, MA 01103

**Case #:** 3:05-cv-30054-MAP

**Subject:** Authorized "Opposition" Briefing Filing of 1-Day Late

Dear Ms. Liz:

Respectfully Yours, I am submitting this letter as per our conversation and your request. As a reminder please note that this afternoon after my explanation of me having difficulties to get there you have very kindly allowed me to file this Opposition Motion 1-day late.

Please note that you should be receiving this Opposition Motion Package no later than the close date of the November 1, 2005.

Once again, thank you very much for your kind consideration. If you have any question please do not hesitate to contact my cell phone at 413-237-5295.

Sincerely Yours,

*[signature]*

Behzad A. Samimi