UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

BEHZAD A. SAMIMI

Check if previously referred: ____

V.    CA/CR No. 05-30054-MAP

TYCO HEALTHCARE/LUDLOW

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge   NEIMAN   for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

        Referred for full pretrial case management, not including dispositive motions:

(B)     Referred for discovery purposes only.

(C)     Referred for Report and Recommendation on:

        (  ) Motion(s) for injunctive relief
        (  ) Motion(s) for judgment on the pleadings
        (  ) Motion(s) for summary judgment
        (  ) Motion(s) to permit maintenance of a class action
        (  ) Motion(s) to suppress evidence
        ( X ) Motion(s) to dismiss
        (  ) Post Conviction Proceedings[1]
        See Documents Numbered:   5

(D)     Case referred for events only.  See Doc. No(s). _____

(E)     Case referred for settlement.

(F)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        (  ) In accordance with Rule 53, F.R.Civ.P.
        (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)     Special Instructions:   ALL OTHER PENDING MOTIONS

11/4/05                                       By:    /s/ Elizabeth A. French
Date                                                       Deputy Clerk

**(Order of Ref to MJ.wpd - 05/2003)**

---

[1]  See reverse side of order for instructions