Date:      December 23, 2005

From:      Behzad A. Samimi,
           36 Emerald Road, Springfield, MA
           Tel #: 413-782-0258
           E-mail: samimibdvs@aol.com

To:        Honorable Kenneth P. Neiman, U.S.M.J

           United States District Court, Office of the Clerk

           1550 Main Street, Springfield, MA 01103

Re:        Behzad A. Samimi (Pro-Se Plaintiff)/ Verses

           TYCO Healthcare/ Ludlow/ Ludlow Technical Product, (Defendants)

Case #:    3:05-cv-30054-MAP

## The Honorable Kenneth P. Neiman, U.S.M.J:

a)-      Very respectfully yours, your honor, I am writing this "pre-briefing
objection letter" as the result of having received the above defendant's letter
dated December 7, 2005 (Please see Appendix-A).    Please make a note that I
am strongly opposing this above defendant's letter and its entire content in
which is requesting that my complaint at the District Court to be dismissed.

b)-      Please note that this letter is not to be considered a final and
concluding Rebuttal letter of the plaintiff, but just a partial respond/ rebuttal
letter to the defendant's last communication with the District Court dated
December 7, 2005.

<u>c)-</u>        Please note that this letter that I am presenting to the District Court is to be known just a pre-briefing objection letter, since I have requested for extension of time for my final rebuttal briefing from First Circuit of Appeals. This was done to compile a very comprehensive opposition letter to the First Circuit of Appeals (Please see Appendix -B, letters dated 12/8/05 and 12/15/05). That future opposition letter that is going to be submitted to the First Circuit Appeals will be known as my "Petition Briefings for Rehearing and Review of the First Circuit Appeals final ruling dated December 1, 2005. Please make a note that a copy of this final "Petition Briefing for Rehearing and Review" after is filed in near future with the First Circuit is to be submitted to the Honorable District Court. In which then after, that letter is to be considered a supplementary opposition briefing to this pre-briefing opposition letter that I am filing today.

## Plaintiff is Filing Below Emergency Motion & Requesting Reconsideration of: A Court Appointed Counsel "Under Exception, Child Welfare"/ (Child Patient Safety, Child Consumer Protection):

<u>d)-</u>        This is my primary justification that I am requesting reconsideration for a Court Appointed Counsel (<u>Under Exception, **Child Welfare**, in regards with</u> the **Child Patient Safety/ Consumer Product Users Protection**)......Please see the entire  this package  for the details of "Child Welfare/ safety Justifications". Additionally, please also see Appendix-I (Newspaper connected articles, Heart Devices articles (Guidant Corporation) a comparable parts/ products made by the above Defendant. Please note that many patients/ product user deaths are linked to the short circuit of the devices

<u>e)-</u>        Also to continue with the above subject "*Under Exception, Child Welfare"/(Child Patient Safety, Child Consumer Protection)*, please **note** that

2

while working as a former Manufacturing Supervisor at the above defendant I witnessed uninterrupted countless situations that would easily cause major cross contamination and malfunctioning of the finished products (Please see Appendix-E, a letter to the OSHA & MCAD, dated August1 & August 5, 2002 for the details). The above defendant were taking short cuts, neglecting "FDA-Safety Quality Control Standards and Regulatory Procedural Guidelines" to speed up the manufacturing products for increased profitability at all costs. Please see Appendix-J, for my suggested corrective action letters to the top managements of the above defendant that caused my retaliatory job termination. I strongly believe and witnessed as a former Manufacturing Supervisor that many of the above defendants finished product malfunctioning have been happening. And, that many of the above defendant's manufacturing finished products needs to be recalled for the patient safety/ consumer product users' protection. Please note that various of the above defendant manufacturing product parts and components are analogous/ similar product to the "Guidant Corporation" product parts).

f)-        Each day that goes by without prevailing justice and corrective safety actions would cause an unnecessary injury, the loss of innocent lives and surely the increased accountability of the unethical and dishonorable wrongdoers.

### The Defendant's Worksite Manufacturing Finished Products:

g)-        Additionally, to continue with the above subject *"Under Exception, Child Welfare"/(Child Patient Safety, Child Consumer Protection)*, Please notice that my former employer's main product where I worked (Tyco/ LTP) represents very sensitive, sterilized **infant** and adult intensive care products: Extremely sensitive medical products such as recording charts, heart monitoring

and diagnostic ECG electrodes/ tabs, heart defibrillation pads/infant monitoring, electro-surgical grounding pads, wound-care dressings, drug delivery patches, infant electrodes, monitor cables, various surgical infant care, infant long term monitoring, Gel EKG snap electrode, fetal monitoring probes, infant deliberator hydro gel pads, infant electrodes grounding, infant hearing screening systems, fetal scalp monitoring, infant pulse reader, infant temperature sensors, Infant radiant and various skin care/ cosmetic products applications. The core of the product is Hydro-gels (60 & 80 Lines, where I as a Manufacturing Supervisor witnessed clouds of extremely hazardous chemical powder release settling down and leading to the cross contamination on their finished products. Other core area of their products such as cross contamination to their products at Tabs, Electrodes, and Heart Defibrillation Pads/ Infant Monitoring at 60's-Line. Please notice that the final product ensemble is designed to pick up the heart's electrical signals at the skin's surface. These signals must be intensely and accurately detected. (Please Appendix-E, Letter dated August 1, 2002 & August 6, 2002 to OSHA & MCAD for additional very specific details).

## Defendant's Focal Intension of their Motion, Dated December 7, 2005

**h)-**        Your honor I am confident that you have also become aware of the defendant's "focal intention" of forwarding their December 7, 2005 letter in which they enclosed the recent unjustifiable final decision of the First Circuit Court of Appeals. A case in which involves by many filing means different parties and different claims assertions herein. Please note that my first action was entirely different in which only consisted of my rushed two-pages of a handwritten grievance filing in order for me to barely meet the last minute required filing deadline (Please see Appendix-F, motion dated June 17, 2004) . What is extremely important that my first action original complaint consisted of that

4

handwritten 2-page filing in which was submitted in a hurry to meet the filing deadline. This last minute rushed filing was as the result of sudden unknown computer virus/ crash and complete loss of the case gathered over 50-pages of complied written complaint descriptions right before the submittal. That is why my Second Action with its different parties and claims were not and could not have been asserted in the first action. This makes the two cases entirely different from each other.

i)-    Please note that I firmly believe that the defendant's actual and central intension to submit their letter dated December 7, 2005 to the District Court has been in order to solidify and continue their willful unsafe and unethical misconducts. Doing so, they have been in a roundabout way trying to again manipulate the District Court by way of indirect communication with the Court. The defendant in the judicial accountability and associated due processing is totally determined to continually shield their series of willful misconducts "at all cost" rather than making public safety corrective actions and measurements their top priority. The defendant is also attempting to distract and escape from their series of willful unsafe/ endangerment misconducts through merely referring to that First Circuit's erroneous final ruling. Please note that I firmly believe that the First Circuit's final ruling has been subjective based on many questionable judicial biased/ conflict of interest controversial grounds and argument that I am currently in the planning to challenging (Please see attachment-B, motions dated 12-8-05 & 12-15-05 to the First Circuits).

i)-    The defendant also have used this erroneous vague and inappropriate/ improper phrasing contents of the unjust First Circuit's final ruling justification to their advantage. And, consequently to influence the impending District Court's final ruling to their continual self interest.  I am not an attorney by any means, but

5

in my very limited knowledge of legal due processing proceedings I believe that the above defendant has committed an indirect act of borderline being considered unlawful, unethical, disloyal, disrespectful and deceitfulness not only to the public but also to the Honorable District Court.

**k)-**    I believe, the defendant have been attempting to continue taking self interest and to have taken advantage of the First Circuit's subjective final ruling to affirm their mutual agreement special interest and self-interested agendas at all costs. Even in this pressing case of worker/ public safety and consumer product protection with numerous blunt and willful series of worker/ patient/ public safety, security and consumer endangerments.

**l)-**    I believe the defendant by forwarding the First Circuit's final ruling have been indirectly challenging the District Court and are attempting to shift and placing the burden in an attempt to negatively influence/ undervalue/ sway and intimidate the Honorable Court of the District Court due processing.

**m)-**    I believe the defendant also have been all along attempting intensely to manipulate and to use their high profile big corporate status, influence and power to sweeping this pressing case of the Public Safety under the carpet. The very same defense strategies that unfortunately have worked in the past from the very start of this public safety case all along, and as I am assure that they will be continue to be carrying out.

**n)-**    I believe the defendant have been all along refraining to respond to the serious charges of detailed & sequence series of the willful unsafe misconducts against them. It is obvious that they fear anything they say can be used against them.  However, on contrary to them I, as an inexperienced Pro-Se (not by choice) but an honest pro-se plaintiff have had been having nothing to hide and all

along in the past 4-years have been providing various judicial processing system along the way series and sequences of the defendant's willful safety and discriminatory misconduct events, names, dates and documentations (Please see Attachment-E, letters dated August 1, 2002 & August 6, 2002 to the OSHA & MCAD, as well as my OSHA Appeal letter dated September 4, 2002). My strongest incriminating and challenging the defendant are numerous credible witnesses and being able to gather all the detailed testimonial of the victims involved to come forward and substantiate in details all the willful safety and discriminatory misconducts of the defendant.

**o)-**      The defendant at their letter dated December 7, 2005 is stating that: *"Therefore, Ludlow respectfully reiterates its request that plaintiff's complaint be dismissed in its entirely with prejudice"*. They are merely attempting to establish the dismissal of this case in its entirely and obviously "with prejudice". The very same "prejudice behavior" that they have been doing against their workers, their shareholders, and their disregard for their innocent consumer product users that are considered most vulnerable (including the infant patients by producing unsafe/ contaminated/ defective products).

## Principal Reason for Granting the Plaintiff's Motion &

## Denying the Defendant's Motion:

**p)-**      Please note that the defendant had already defaulted/ failed to rebut/ respond to my detailed opposition letter dated 10-31-2005 (Please see attachment-C). I believe the reason was that they had a lot to hide by not responding that decided not to, or were told not to respond to my letter dated 10-31-2005. It is astonishing to me and should be to the court that now all of a sudden they filed

7

their motion letter, dated December 7, 2005. I am not an attorney but, I assume <u>the action of the defendant meaning not responding/ opposing to my above referenced letter dated 10-31-05 should be an indication to the District Court that the above defendant have acknowledged/ affirmed my opposition charges and the Court should construed their admission of guilt on their serious charges of misconducts.</u> I (the Pro-Se Plaintiff) therefore respectfully reiterate my motions letter dated 10-31-2005 and request that all opposition motions of the defendant to be dismissed entirely and prepare this Public Safety case for a Full Jury Trial and investigation.

<u>**q)-**</u>         I confidently believe that the defendant of not responding to my letter dated 10-31-05 was since they were troubled and coached to not respond to my rebuttal letter. I firmly believe the primary reason was that since they could not, or were advised not to, for the fear that anything they say in writing can be used possibly against them in a potential cross examination during the possible court trail and linked case breakthrough discovery and witness testimonial.

<u>**r)-**</u>         Your Honor, please notice what is extremely crucial and fair in this case of public safety is that one of the reason that the District Court dismissed my First Action Case (case # 04-30115-KPN) was that the Defendant argued to the District Court that my first action case to be dismissed because I as a Pro-Se Plaintiff unknowingly not being an experienced attorney failed to oppose to one of the defendants opposition letter. And, that the District Court sided with the defendant and accordingly for one of the reason dismissed my case. Your Honor, I not an attorney by any means, but I firmly believe the same it is fair enough that the District Court on this second action give the same final ruling and deny fully the motion of the defendant to dismiss and grant me an opportunity for a jury trail.

### Erroneous First Circuit's Final Rulings of the Plaintiff's First Action:

**s)-**        Your Honor, for the above reason and many others I am vigorously disputing that final ruling of First Circuit in which I am confident that the First Circuit Appeals must have failed to actually reading the 120-pages and the over 600-pages of the attachments and many more additional motions that was filed (Please see Attachment-D, which includes a duplicate copies of all the Plaintiff's written filings with the First Circuit).

**t)-**        I am not an attorney and not familiar with court legal procedural investigation/ review guidelines, but I can't help it that I am extremely skeptical and distrustful of the unjust final ruling of the First Circuit. I could be wrong, but I have even have the contemplation that there is a possibility that perhaps an inexperienced/ or even a biased pre-selected administrative assistant staff member were assigned to review my First Action Appeal with the First Circuit. I am also doubtful that this chosen individual was told to summarize or input the case and give his/ her point of view of the case. Depending upon the individual's personal philosophy/ political agenda and desire of the personal viewpoint of the case, or oversight could very well disapprovingly influence the Court's Panel concluding final decision. Doing so, this individual could also have easily abused his discretion.

**u)-**        Otherwise, I see absolutely no legal justification for these beyond belief and unfair First Circuit's final rulings of the case. A blunt case of retaliation, and willful series of discrimination and public endangerment in which has much and much more than substantive merit. And most likely this "much more

accountability standing of the case" has negatively and unjustly has influenced the outcome of its unfair final decision making.

**y)-**         What I am also unconvinced and see as an indication of my above unknown supposition and rationale for the First Circuit erroneous final ruling is that the Court did actually give in dept detailed the reasoning of their final decision. Even though I had throughout the case filed various emergency motions for further explanations and emergency requests. The explanation that the First Circuit at their December1, 2005 (Appendix-A) had been asserted is nothing but just a very generalized and vague statement that can be easily disputed through series of Appeals. Please see Appendix-B, my letter dated 12-15-05 in which I have requested for an itemized, detailed and comprehensive explanation of how on earth and under what ground/ codes/ regulation/ reasoning justification and evidence the First Circuit have declared their final ruling that the plaintiff public safety case lacks substantive merit.

**w)-**         Additionally, that the First Circuit is erroneously asserting at their final ruling that the I did not file a motion to amend my original complaint in the District Court.  This under line presumption statement is absolutely false in which Your Honor if you go back to check my first action case (case # 04-30115-KPN) that you have in your possession you can see that I repeatedly various times I have done so. This false statement put doubts in my mind that the First Circuit did not/ or could not have read the case for themselves in the sequence of the case filing motions filed by me. Otherwise the First Circuit could not have asserted the above false underlined statement.

**x)-**         Your Honor, please note that the entire Attachment- D, with various documents are **extremely important** for the District Court to review for to see my

<u>opposition justification to the final ruling of the First Circuit.</u> Please note that all these Attachment- D documents are provided to the District Court as the direct result of my objection to the defendant and having have to respond and give opposition justification to the District Court for the defendant's letter of December 7, 2005 (Attachment-A).

<u>y)-</u>          Regrettably, I am leaning toward to believe that one of the indirect alleged reason for the implied justification of the final decision of First Circuit erroneous Final Ruling has been merely on the basis of the me being an inexperienced "Pro-Se" and for some minor technical legal writing slight deficiencies. Although the First Circuit asserting on the contrary to that asserting that "we do not discuss defendant's separate contention that the appeal fails because of plaintiff's flagrant failure to comply with the procedural requirements of the Federal Rules of Appellate procedure".

<u>z)-</u>          I believe, the conclusion finding of the First Circuit's final ruling has been for the very same above reason of me not complying "<u>fully</u>" with all the complicated legal procedural requirements rather than what the court is so-called asserting for "lacking the substantive merit". I strongly believe, if the First Circuit would have actually taken their time to read the details of the complaint and all the attachments they would have called this public safety case not just fully, but 101% substantive merit case. A public safety case with numerous and plentiful sets of factual evidences. A public safety case with multiple unjust series of irresponsible/ negligent circumstances by many parties and governmental agencies such as OSHA & MCAD. A Public safety case with insufficient, injurious and discriminatory investigation process and conflict of interest findings of the OSHA & MCAD. An intentionally weak  enforcement policy and conflict of interest

11

combined with political and judicial biased investigational policy and procedures. I can't help it…it just makes me and many others comparable victimized/ grieved individuals wonder of all the questionable/ one sided/ biased/ politically motivated/ pre-determined/ pre-selected and unfair grievance final decision findings.

**Z1)-** Just for the above reason alone I believe when the case at the Circuit Appeals goes to the Supreme Court through series of enthusiastic civil right appeal organizations I am hoping that it will be reversed entirely. And, foremost its appropriate accountability and corrective action measurement is implemented and amended.

**Z2)-** Please note that I have just recently requested for a detail explanation and reasoning of the First Circuit's final decision in order to rebut the First Circuit's unjust final ruling (Please see Attachment-B, December 15, 2005 letter).

**Z3)-** As you can see in the past 4-years history of this case I have been extremely determined to preserve justice and foremost to do all I can in my very limited capability as a concern American Citizen and public servant to save lives and even a preventable injury of hard working American workers and innocent consumers. I am determined as a proud American Citizen to do all I can and just hope for a reasonable enhancement of our greatest American Constitution that is known to the mankind. Regardless of how insignificant this enhancement might be. We have come a long way, but most certainly as I have experienced have a lot more to go for broaden constitutional rights and much more judicial amendments. As a former manufacturing supervisor at the above defendant's workplace, and at its parent company of a on 40-billion dollars annual revenue I have witnessed and can give evidences that major labor laws, worker safety and consumer protections

is needed. An unethical defendant with its unpatriotic corporation culture "Tyco" in which has chosen its headquarter in "Bermuda" to avoid paying American taxes.

**Z4)-**        Please note that I am planning to vigorously with all my heart and souls to challenge this incorrect, biased, and conflict of interest final ruling of the First Circuit through a series of appeals and all the way to the Supreme Court. Additionally, I am determined to take this case of the public safety all the way up to the congress and even if not successful and deem necessary to save human lives for the last resort to take this case to the "International Consumer Product Safety and Protection" for an independent investigation, research and scrutiny process (please see Attachment-B).        **Also please see Attachment-D, Letter dated October 17, 2002 & October 19, 2002.** This is a letter I put together under the subject of "A very controversial & pressing issues that are affecting negatively and unfairly millions of American workers. A deficient current OSHA missions that is discouraging, injurious and reduces workers productivity and morality". Please note that a copy was also sent to the Senator Kennedy, Senator Kerry, US-Dept. of labor, US-OSHA Chief, US-OSHA Director, and MCAD Director. **One of the central reasons that the accuracy of the contents of my above letter, it's conflict of interest with the First Circuit Appeals Court Judicial Panel and its controversial/ "hold back topic" I firmly believe essentially has contributed the denial of this public safety case brought to the attention of the First Circuit Court.**

**Z5)-**        Your Honor, please note that to-date I have not yet decided to go public to media with my case. Since, my intension has not been to create a bad publicity to the above Defendant, but just prevailing justice to me and to other comparable victimized individuals. I believe in due process. Doing so, I am hoping

that as a former concern Manufacturing Supervisor and public servant the Defendant will be forced by the judicial authorities to take all the appropriate corrective safety measurements for their workers and for their consumer product safety. I am also hoping that the above defendant would modify their existing willful unsafe corporate culture deficiencies and their unethical codes of business conducts. In which, as the result many workers have lost their lives, seriously injured and many shareholders entire life's retirement savings have been wiped out.

**Z6)-** Additionally, please note that moreover I am currently a concerned "Tyco, Fidelity Shareholder". I have been holding Tyco Stocks Retirement plan uninterruptedly continually during the entire past 5-years and also among many others have lost my retirement savings in the process. By no means would I ever want to hurt any current workers/ share holders (me included). I am well familiar personally that we all have suffered enough as the result of "Tyco" corporate culture greediness of white color criminals/ terrorists. But, when comes to public safety and workers/ consumer protections I am determined if accountability justice is not served and public safety measurements is not taken in this case I will seek to exercise my rights publicly for the public protection.

## 101% of Substantive Merit of the Appeal of this Public Safety Case:

**Z7)-** I strongly disagree with the First Circuit Appeals Final Ruling. Your Honor, just the highlighted series of events that has been brought up to the attention of the First Circuit Court makes this public safety case more than substantive merit:

**Z8)-**      Just as a reminder, please note that I as a former Manufacturing
Supervisor at the Tyco Healthcare/ Ludlow (Ludlow Technical Products) and
having known and witnessed  many workers heartbreaking injuries that caused as
the direct result of the above defendants intentional unsafe work practice to
increase productivity at all costs taking away safety. A parent company (TYCO)
that from annual revenue of 40-billion dollars has well over 40% net profitability.
Many of my suggested corrective actions as a concern Manufacturing Supervisor
in an attempt to preventing additional workers injuries were willfully ignored in
order to cut even more cost down and to even save more money. One of my
concerns of the fear of the excessive combination of several combustible chemical
powders in the department accumulated static charge, and in which had resulted in
a massive explosion tragedy when a worker attempted to use his non explosive/
non grounded vacuum for housekeeping purposes. This caused the employee to
severely burn 75% of his entire body, including greatly suffering a permanent
disfiguration of his face, neck, shoulders and his entire both arms extending to his
shoulders.  One person's entire arm went through a press machine causing
permanent injury disfiguration. Another incident an entire a young worker lost his
4-fingers from the base of his hand to non-finding. In other instances, other
department workers have had back injury.

**Z9)-**      Almost every one of these accidental injuries was as a direct result of
unsafe work environments created by the management's neglect in not identifying
potential hazards. At the above defendant's work site orchestrated by the top
management, in an attempt to speed up the production at all costs. They were
deliberately not enforcing safety standard measurements, and were overlooking
safety procedures and to intentionally allowing workers to practice in unsafe work
conditions and unsafely operating their machinery.  They were rather to

concentrate on the bottom line issue ($) rather than making workers safety their top priority.

**Z10)-**    Please see Attachment-E, original complaint letter dated August-1 & August-6, 2002 to the OSHA & MCAD for the detail and sequences & series of willful/ intentional unsafe work practices. Please also see that finally at the end when I became frustrated that the defendant is not going to take immanent safety corrective actions. I had no choice but this time to put in writing the defendant's immanent unsafe work practices to the top managements. Please see attached copies of two of my recommendation letters dated December 13, 2001 and the January 17, 2002 in which since it was in writing and to the top managements caused my retaliatory job termination on February 8, 2005(See Attachment-J).

**Z11)-**    This employment termination caused me almost 1-year of unemployment. Please also notice that soon after these two letters the defendant planned to combine and restructure the departments so that in their mind they would justify my future planned job termination.

**Z12)-**    Please notice that I was the only employee out of 900 employees throughout the company that this combined/ restructure affected them negatively and much less desirable condition.    This is not taking into account that additionally, among all the supervisors throughout the entire manufacturing floor supervisors, I had the highest education and experience and also was the only non-American born of the company's supervisors.

## Plaintiff's Pain & Suffering of the Plaintiff:

**Z13)-** Your Honors, pursing this case of public safety/ public interest has been a horrendous experience for me and my family. Doing so, as we speak I have been going under a lot of emotional anxiety disorder, extreme depression, physical affliction and a severe nervous breakdown. All these combined and compounded by extreme financial hardship as the result of unemployment caused by the defendant's retaliatory terminating my employment and expenses for pursuing this case of public safety in the past 4-years. Simultaneously, I went though marital divorce as the result of stress and pressure from pursuing this case of public safety while caring for two small children, as well as caring for two disable parents (Please see Appendix-G for the divorce documents and the details of the anxiety and depression's physician's diagnosis and various linked healthcare treatment centers).

## Z14-    Pain & Suffering Associated Medical treatments. Names of Doctors that   Treated My Severe Depression and Anxiety Disorder/ Borderline Being Suicidal:

1. M.D. George Kriebel, at Valley Medical Group, treatment for the duration of one month.
2. Psychotherapist M.S.W., L.I.C.S.W. John A. Laneve, "a Private ractitioner" treatment for the duration of one month.
3. Therapist Mr. Donald Levy, DD/MH, M.A. at "Mount Tom Mental Heath Center".

4. Psychiatrist M.D. John D. Ferris at "Mount Tom Crisis Mental Heath Center"

5. Licensed Psychologist Ms. Laurie H. Weinberg, Ph.D., "a Private Practitioner"

6. Therapist Ms. Jennifer Moore, MSW, "Mason Square Community Mental Center (b.h.n.), Pathway Program, Anxiety/ Depression Support Group Facilitator, and Therapist.

7. Therapist, Cerise Washington, Mason Square Community Care Mental Center (b.h.n.), Pathway Program, Anxiety/ Depression Support Group Co-Facilitator, and Therapist

**Z15)-        Other professional staff in which participated in my consultation therapy sessions in which had greatly assisted me and were actively involved with me on my treatment were also such as:**

1. **Ms. Silvia Wilson, Orientation Case Manager, Community Care Center, Behavioral Health Pathway.**

2. Ms. Zaismely Anderson, Community Care Center Case Manager, Behavioral Health Pathway.

3. Ms. Ana Martinez, Mason Square Bay State Medical Center, Counselor, Access services.

**Z16)- <u>Pain & Suffering Associated Medical Treatment During Employment</u>**

**<u>Summary of My Work Related Injuries And Medical Treatments Undertaken During Employment at TYCO For Exposure to Hazardous Chemicals:</u>**

**Z17)-**    Starting the month of September 2000 my symptoms had become more extremely severe, and I had been seen by a few separate doctors on different occasions, while paying for the expenses myself. I had been told by my physician's allergy specialist that through a series of extensive chemical skin patch reaction testing it is apparent that my symptoms had been exclusively activated by exposure to chemicals at my employer work site.

**Z18)-**    Following is just a summary of my medical doctor visits as the direct result of all the above work-related illnesses. This does not include the medical consultation over the phone with the doctors or nurses.

1. My medical treatments started from 9/01/00.

2. My medical treatments ended 4/1/02.

3. Allergy shots began on 10/26/00 (total of 2- shots, one per each arm).

4. Total of **52** different times I had to go and visit the hospital just for allergy shot injections. This had to be done in order to very gradually build up my resistance and immune system against chemical exposures at work.

5. During my employment I had been under the care of 4 specialists (total of 10 separate-visits).

### Other Pains & Sufferings:

Z19)-    The above defendant after my penalized job termination repeatedly and continually in an attempt to even retaliate more refrained from giving reference when potential employers called for reference about me. They would say something like that "we refrain from saying anything since we are currently in litigation proceedings with Mr. Behzad Samimi". I am sure that the Court can

imagine the rest of the picture and the damage that these types of remarks by the defendant had done to employment search and the potential interested employers.

**Z20)-**    My suffering did not just come to an end when my employment ended at the above defendant's workplace. It just escalated more and more ongoing to this point by continuous defendant's retaliation, intimidation and disregard for human suffering. These series of unjust events have caused me even more convinced and determined to persistently pursing this public safety case to its justice for the public protection. I am also hoping and wishing in my heart that this case might in its due process corrective action course raise awareness and even if it is just a small factor in enhancing the US workers productivity, morality, efficiency, public trust and satisfaction. My ultimate objective is that this public safety case will in its due process support preserving our great American Constitution and contribute sustaining an American fair labor laws and unsurpassed fair judicial due processing.

### Plaintiff's Biography, National Origin and Spiritual Convictions:

**Z21)-**    I immigrant from the country of "Iran" on 1980.  I had been born and raised there as a member of a universal religious belief in which its widespread global peace, principle, harmony of mankind and its practice of human race equality are worldwide highly regarded.    However, on the contrary, in my country of origin "Iran", where my religion originated is considered prohibited for its practice.    Because of my beliefs we have been bluntly persecuted, and deprived from many constitutional rights, banned from educational system, public privilege and have not been treated equally in many aspect of a normal existence. In the history of my faith in Iran, and most recently the members of my faith we have been facing with countless and various documented religious persecution. Many of my immediate families because of loving humanity have been executed,

been prisoned, and currently many are still continuing being persecuted. The United Nations, Amnesty International, and other activist organizations report in great details on human right violations by the current fanatic, radical and totalitarian government of Iran against the members of my faith. In search of true liberty, I emigrated from Iran to USA approximately 24-years ago, in which I had been a proud American citizen since 1992.

**Z-22)-      (Also, for additional information about my professional & personal achievements, and a portfolio's of my Safety Accomplishment please see Appendix-H).**

## My Motivation Behind Pursuing This Case of Public Safety:

**Z23)-**      Your Honors, please note that to-date I have not yet decided to go public to media with my case. Since, my intension has not been to create a bad publicity to the above Defendant, but just prevailing justice to me and to other comparable victimized individuals. I believe in due process. Doing so, I am hoping that as a former concern Manufacturing Supervisor and public servant the Defendant will be forced by the judicial authorities to take all the appropriate corrective safety measurements for their workers and for their consumer product safety. I am also hoping that the above defendant would modify their existing willful unsafe corporate culture deficiencies and their unethical codes of business conducts. In which, as the result many workers have lost their lives, seriously injured and many shareholders entire life's retirement savings have been wiped out.

**Z24)-**      Additionally, please note that moreover I am currently a concerned "Tyco, Fidelity Shareholder". I have been holding Tyco Stocks Retirement plan

uninterruptedly continually during the entire past 5-years and also among many others have lost my retirement savings in the process. By no means would I ever want to hurt any current workers/ share holders (me included). I am well familiar personally that we all have suffered enough as the result of "Tyco" corporate culture greediness of white color criminals/ terrorists. But, when comes to public safety and workers/ consumer protections I am determined if accountability justice is not served and public safety measurements is not taken in this case I will seek to exercise my rights publicly for the public protection.

**Z25)-** Your Honors, as you can see from my persistent past 4-years pursuing this pressing public safety case that I have been extremely determined to take this safety case to its suitable corrective measurement in order to save lives of American hard working men and women. The very same hard working American workers that this country owes its very original existence upon them. Pursing this public safety case has not been trouble free for me and my family. Pursuing this case to its justice has been causing me extreme emotional and physical, anxiety and depression, extreme financial loss, a broken family and marriage to a point of at one point in the process of pursuing this case becoming borderline in the depths of despair/ depression nervous breakdown. One thing that gave me courage and motivation pursing this case of public safety had been aspiration of assuring this type of employment/ worker injustices does not happen to another harmless comparable individual and for just wanting to do the right thing.

**Z26)-**       I am hoping that this benchmark public safety awareness case might in its court's due processing demonstrate shortcoming basis and might enhance in recalibration of FDA, EPA, OSHA, MCAD and the linked state and federally designed legal labor laws enforcement policy & procedures that has failed. I believe this case along with many other similar points of reference cases should be

brought up to the attention of the Supreme Court, the Senate and Congress. This is a benchmark case that shows various controversial pressing issues that are affecting negatively and unfairly millions of American workers. A deficient current OSHA missions and grievance processing that is discouraging, discriminatory, injurious and reduces workers productivity and morality. A deficient current MCAD mission and grievance processing that is actually discriminatory at times. I know firsthand about these shortcomings of the unjust safety laws and labor laws of the OSHA and MCAD since I have been the living example of it in the past 5-years right from the very beginning of the initiation and grievance processing of this case to-date. A series of deficiencies that needs to be corrected.

## **CONCLUSION:**

**Z27)-**        An incorrect/ unfair Courts Final Ruling can lead to an erroneous concluding judgment. The ultimate consequences are enormous and unquestionably can lead to a profound unjust, damaging and unchangeable effort. However, as I have repeatedly have pointed out at my all communication with the Court that this pressing case of mine is not about me and my wants. It is about achieving the mission of our great American Constitutional principles, human rights and accomplishing a fair judicial processing system on the top.

Each day that goes by without prevailing justice and corrective safety actions would cause an unnecessary injury, the loss of innocent lives and surely the increased accountability of the unethical and dishonorable wrongdoers.

**Z28)-**        I believe the unlawful misconducts by many of the unethical employers and corporations can be enforced to convey into compliance, but it takes

having a genuine vision, initiative, determination, and courage without being afraid of getting over the speed bumps along the way.

**Z29)-**      Your Honors, the world knows, Rosa Parks was an ordinary, but did an extraordinary thing. She refused to give her seat away in order for the America to stand up tall on the principle of fairness and justice.

**Z30)-**      For the reason stated above and much more not listed I, Behzad A. Samimi, a Pro-Se Plaintiff (not by choice) believe that the defendant's letter dated December 7, 2005 that they are making a reference has 101% substantive merit case and much more. I am very respectfully requesting that the Honorable Court grant the Plaintiff's Motions, as well as bestowing a fair judicial due processing. Please note that as I have repeatedly communicated to the court that this case is not about me and my wants, but it is about public/ worker safety, patient safety and the consumer protection and the defendant's "motion to dismiss" should be totally denied.

Thank you very much for your attention and consideration to this pressing case public safety/ Consumer protection. Looking forward to your respond.

                              Very Respectfully Submitted,


                              Behzad A. Samimi

## Certificate of "Pro-Se Plaintiff (Not by Choice):

Your Honors, very respectfully yours please make a notice that I, Behzad A. Samimi

the above Plaintiff verify that I have been the only "Pro-Se Plaintiff" throughout the

entire this communication, as well as all other associated previous correspondence of

all the above case submitted association contents, this also includes both verbally, or

in writing past or present. And, that I, the Pro-Se Plaintiff have single-handedly

researched, assembled, studied, gathered contents of correspondence data, and, or the

discovery of the legal terms, violation codes and regulations. No attorneys, legal

council, or any other individual in that manner has guided me or instructed me how to

proceed, what to say and or what to write on this case to-date. This also includes the

above mentioned subject matter throughout the entire above referenced case from the

very beginning of the retaliatory treatment during employment or after the of the job

termination. Please note that this does Not include probably spending a normal

average (1/2-hour) free attorney consultations that I had been doing while tying to

search locating for a legal council representation on this case. Please note that none of

these free consultation attorney's I had known personally or been a friend of mine,

and that I had located all these free consultation attorneys through phone books and

or other local advertisements. Thank you very much for your attention and

consideration to this important subject matter.

**Date:** _12-23-05_     **Signature:** _[signature]_

# Certificate of Service

I, Behzad A. Samimi, Pro- Se Plaintiff- Appellant, hereby certify that on December 24, 2005, I filed one copy of this Emergency Motions of the Pro-Se Plaintiff – Appellant to the Defendants-Appellee on the following party by way of First Class, Federal Express, Next Day Air, Express Delivery to:

Attorney Evan J. Shenkman                    Defendant- Appellee

Ogletree, Deakins, NASH,

10 Madison Avenue, Suite 402

Morristown, New Jersey 07960

## Other Previously Submitted Materials to the Defendant's Attorney- Appellee:

I, Behzad A. Samimi also verify that the entire referenced Appendix materials (Appendix-A-through J) has already been submitted to the defendant's attorney previously at other previous packages and motions filings. And, that I Behzad A. Samimi confirm that the defendant attorney has these Appendixes already in their possession.

The exception to the above is that; the Plaintiff on 12/24/05 has provided a duplicate copy of the entire **Appendix-I** to the defendant as part of this package.

Also, a duplicated copy of the below newspaper article was submitted to the defendant on 12/24/05 and a duplicate copy of the below articles will be hand delivered to the District Court in person on 12/27/2005.

- Newspaper Article, dated 12/24/2005, The Republican, Page-E1
- Newspaper Article, dated 12/24/2005, The Republican, Page-A5
- Newspaper Article, dated 12/24/2005, New York Times, Page-B1.


**December 24,2005**                    _____

Date                         Signature

**FedEx** Express · US Airbill

FedEx Tracking Number: 8560 4649 4608

RETAIN THIS COPY FOR YOUR RECORDS.

**Sender's Copy**

**1 From** *Please print and press hard.*

Date 12-04-05   Sender's FedEx Account Number 3329-2276-9

Sender's Name Behzad A. Samimi   Phone 443 1837-5255

Company Residence

Address 36 Emerald Rd.

City Springfield   State MA   ZIP 01119

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name Attorney Evan J. Shenkman   Phone

Company Ogletree, Deakins, NASH

Recipient's Address 10 Madison Avenue, Suite 402

*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Address *To request a package be held at a specific FedEx location, print FedEx address here.*

City Morristown   State NJ   ZIP 07960

**4a Express Package Service**   *Packages up to 150 lbs.*

☒ FedEx Priority Overnight   ☐ FedEx Standard Overnight   ☐ FedEx First Overnight
☐ FedEx 2Day   ☐ FedEx Express Saver

**4b Express Freight Service**   *Packages over 150 lbs.*

☐ FedEx 1Day Freight   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery   ☐ HOLD Weekday at FedEx Location   ☐ HOLD Saturday at FedEx Location

☐ No   ☐ Yes   ☐ Yes

**7 Payment** *Bill to:*

☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight 0.5   Total Declared Value $ .00

**8 NEW Residential Delivery Signature Options**

☒ No Signature Required   ☐ Direct Signature   ☐ Indirect Signature

520

FedEx Use Only

Rev. Date 6/04 • Part #158228 • ©1994–2005 FedEx • PRINTED IN U.S.A. SRV