# United States District Court, Springfield, MA

---

### Presented For Review To:
### Honorable U.S. District Court Judge Michael A. Ponsor
### (Springfield, MA Office)

---

-------------------------------------------------

### Docket #: 3:05-cv-30054-MAP

-------------------------------------------------

BEHZAD A. SAMIMI

An Inexperienced Pro-Se Plaintiff/ Appellant (Not by Choice)

V.

TYCO Healthcare/ Ludlow-
Ludlow Technical Products, Defendants- Appellee

-------------------------------------------------

### This Package is Plaintiff's Objection to Record & Recommendation of:

### Honorable U.S. Magistrate Judge Kenneth P. Neiman
### (The R & R letter, dated- January 13, 2006)

---

## Objection to R & R due by- 2/3/2006
Date this package submitted (Front Lobby Drop Box) 2/3/2006

-------------------------------------------------

### *Motions Filing:*

*1)-Filing Reconsideration Motion of all the previous denied motions that was filed.*
*2)-Filing motion for Independent Judiciary Investigation & Justice Department.*
*3)-Filing motion for Recusal of Judge Kenneth P. Neiman of this Public Safety Case.*
*4)-Filing motion for unlawful case review Writ of Certiorari, Habeas, Corpus petition*
*in regards with this public safety/security case due processing to date-Starting from*
*the initial case opening starting at MCAD, OSHA, EEOC,US-First Circuit Appeals*
*and US-District Court in reference to Records & Recommendation dated 1-13-2006*

# Certificate of "Pro-Se Plaintiff (Not by Choice):

### (To:   United States District Court, Springfield, MA)

Your Honors, very respectfully yours please make a note that I, Behzad A. Samimi the above Plaintiff as a <u>life time registered "Independent" political party affiliation</u> verify that I have been the only "Pro-Se Plaintiff" throughout the entire this communication letter, as well as all other associated previous correspondence of all the above case submitted association contents, this also includes both verbally, or in writing past or present. And, that I, the Pro-Se Plaintiff have single-handedly researched, assembled, studied, gathered contents of correspondence data, and, or the discovery of the legal terms, violation codes and regulations. No attorneys, legal council, or any other individual in that manner has guided me or instructed me how to proceed, what to say and or what to write on this case to-date. This also includes the above mentioned subject matter throughout the entire above referenced case from the very beginning of the retaliatory treatment during employment or after the of the job termination. Please note that this does Not include probably spending a normal average (1/2-hour) free attorney consultations that I had done way in the back at the beginning of the case 3-4 years ago while tying to search locating for a legal council representation on this case. Please note that none of these free consultation attorney's in the past I had known personally or been a friend of mine, and that I had located all these free consultation attorneys through phone books and or other local advertisements. Thank you very much for your attention and consideration to this important subject matter.

## Please note that I hold membership of the following Respectable organizations:

-   <u>Arise Action, Arise Peace and Solidarity,</u> ---- (Have seeked <u>No</u> legal advice to-date)----
-   <u>AFL-CIO, American Union Movement,</u> ---- (Have seeked <u>No</u> legal advice to-date)----
-   <u>AFL-CIO, Working Families Activist,</u> ---- (Have seeked <u>No</u> legal advice to-date)----
-   <u>American Civil Liberty Union, ACLU</u>---- (Have seeked <u>No</u> legal advice to-date)----
-   <u>Public Citizen, (Ralph Nader),</u> ----- (Have seeked <u>No</u> legal advice to-date)----
-   <u>Southern Poverty Law Center,</u> ---- (Have seeked <u>No</u> legal advice to-date)----
-   <u>Amnesty International,</u> ---- (Have seeked <u>No</u> legal advice to-date)----
-   <u>American Baha'i Faith,</u> ---- (Have seeked <u>No</u> legal advice to-date)----

Date:   _2-3-2006_____    Signature: _____

2

# Certificate of "Pro-Se Plaintiff (Not by Choice):

### (To:    United States District Court, Springfield, MA)

**Your Honors, very respectfully yours please make a note that I, Behzad A. Samimi the above Plaintiff as a <u>life time registered "Independent" political party affiliation</u> verify that I have been the only "Pro-Se Plaintiff" throughout the entire this communication letter, as well as all other associated previous correspondence of all the above case submitted association contents, this also includes both verbally, or in writing past or present. And, that I, the Pro-Se Plaintiff have single-handedly researched, assembled, studied, gathered contents of correspondence data, and, or the discovery of the legal terms, violation codes and regulations. No attorneys, legal council, or any other individual in that manner has guided me or instructed me how to proceed, what to say and or what to write on this case to-date. This also includes the above mentioned subject matter throughout the entire above referenced case from the very beginning of the retaliatory treatment during employment or after the of the job termination. Please note that this does Not include probably spending a normal average (1/2-hour) free attorney consultations that I had done way in the back at the beginning of the case 3-4 years ago while tying to search locating for a legal council representation on this case. Please note that none of these free consultation attorney's in the past I had known personally or been a friend of mine, and that I had located all these free consultation attorneys through phone books and or other local advertisements. Thank you very much for your attention and consideration to this important subject matter.**

## Please note that I hold membership of the following Respectable organizations:

- **<u>Arise Action, Arise Peace and Solidarity,</u>** ---- (Have seeked <u>No</u> legal advice to-date)----
- **<u>AFL-CIO, American Union Movement,</u>** ---- (Have seeked <u>No</u> legal advice to-date)----
- **<u>AFL-CIO, Working Families Activist,</u>** ---- (Have seeked <u>No</u> legal advice to-date)----
- **<u>American Civil Liberty Union, ACLU</u>**---- (Have seeked <u>No</u> legal advice to-date)----
- **<u>Public Citizen, (Ralph Nader),</u>** ----- (Have seeked <u>No</u> legal advice to-date)----
- **<u>Southern Poverty Law Center,</u>** ---- (Have seeked <u>No</u> legal advice to-date)----
- **<u>Amnesty International,</u>** ---- (Have seeked <u>No</u> legal advice to-date)----
- **<u>American Baha'i Faith,</u>** ---- (Have seeked <u>No</u> legal advice to-date)----

**Date:** ___2-3-2006_____    **Signature:** _____

3

National/ Federal Justice Department independent investigation. Please see Appendix-A of this package.

Beside the above imperative questionable findings and possibility below I have just randomly picked below subject matters that to any reasonable individual would raise the skeptical red-flag on this case of public safety accountability.

## One of the Reason First Circuit Appeals and District Court Magistrate Judge Possibly Erred on their Final Ruling of this Public Safety Case:

One of the reason that point toward to suppose the fact that the First Circuit Court of Appeals failed to fairly and impartially review all the documents and associated appendixes is that the 3-Panel Panel Judges at their final ruling of the case on December 1, 2005 are asserting the following:

*"While plaintiff attempts to assert new claims and to present additional documents, because these matters were not brought to the attention of the district court, they cannot be considered on appeal. Evangelista v. Secretary of Health & Human Servs., 826 F.2d 136, 144 (1st Cir. 1987). **To the extent plaintiff argues that he should be permitted to amend the complaint, he did not file a motion to amend the complaint in the district court**, and, in any event, has offered no reason to believe that an amendment might cure the defects in the complaint. Plaintiff's allegation of judicial bias also was not raised in the district court and is meritless in any event".*

Please notice the underlined/ bold statement. Your Honor as you are well familiar I had indeed requested from the District Court to allow me amend my 3-page hand written original complaint (as the result of my computer crashed due to some unknown virus attack causing loss of all the gathered data shortly before the complaint submittal due date), Please see my motion letter dated Sept. 25, 2004, Page-1 in which I stated that:

*"Your honor, now that I have been informed that I am required to make an opposition letter I would be more than glad to respond the defendant's response letter dated July 9, 2004. **I also would like to amend my complaint, but I have been advised by the court deputy clerk that first I would need***

4

*to file motion for the reconsideration of my dismissed case. Your honor as soon as I have been notified by the court that I have been granted the motion to reconsider my case I will be preparing an appropriately a very detailed opposition position statement to the defendant's letter for your review".*

Your Honor, as you can see from my above underlined statement indeed I wanted to amend my complaint as I even stated that:

*"I also would like to amend my complaint, but I have been advised by the court deputy clerk that first I would need to file motion for the reconsideration of my dismissed case".*

But, I was told by the District Court Deputy Clerk that I can not do so unless I file motion for the reconsideration of my dismissed case. Then, I went on to continue to say:

*"as soon as I have been notified by the court that I have been granted the motion to reconsider my case I will be preparing an appropriately a very detailed opposition position statement to the defendant's letter for your review".*

**Please note that as the result of the District Court did <u>not</u> grant my motion to reconsideration I was in the assumption (as I was told by the court) that I can <u>not</u> request to amend my original 3- pages hand written complaint.**

**<u>Other Skeptical/ Unconvinced Objections that makes me to believe that the First Circuit Appeals Erred on their Final Rulings, leading the District Court Magistrate Unfairly and possibly to get influenced by loyalties to the judicial higher court colleague, and relying and Ruling his "Report & Recommendation" based the a separate Case Action:</u>**

**Your Honor, please see my motion letter dated 10-31-05, page-8, under the title of "Principal" Opposition Subject Matter, Item #7:**

**Please note that in that motion letter I responded to the Defendant's letter dated 9/14/05, page-4, item III). My respond emphasized the below crucial subject matter and opposition, I stated that:**

*"The respondent <u>rightfully</u> (the only rightfully statement) at their "Motion to Dismiss" letter dated 9/14/05, (Page-4, Item #III) are asserting that.. "A complaint should <u>not be dismissed</u> for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim that would entitle him to relief"...*
*"a)-Thank God, finally!!...even the respondent at their opposition statement (Motion to Dismiss) agree on this issue matter. On this issue the respondent is <u>100%</u> accurate. <u>My point exactly all</u>*

*along... That was/ is/ will be one of my strongest argue always in this pressing case of mine that is not about me but mainly all about public safety/ worker safety, and Consumer protection. I have been arguing this pressing issue to the OSHA, MCAD, US-District Court, the US First Circuit of appeals, and in future probably if this case of public safety is not resolved will be heading to the Supreme Court, Senate/ congress through ACLU & the Public Citizens (Ralph Nader's Office). Please notice that I, as a <u>Pro-Se Plaintiff</u> (not by choice) and not being an attorney by any means just alone have submitted over <u>120</u>-pages of detailed briefing of series of wrongdoings, and over <u>500</u> pages of attachments to the First Circuit and my case absolutely should <u>not</u> have been dismissed all along for "failing to state a claim" without even being allowed for an oral argument and or assigned legal counsel, or be allowed to be cross referenced of the serious charges against to the defendant. A defendant that has been willfully endangering the public. And, only if and only if the court allows me a fair due processing then I can bring various reputable, credible witnesses that are willing to testify of my charges against the defendant.*

*If this case is not stating a claim <u>by now</u> after massive substantial evidence and point of references, then of <u>all</u> rulings of cases in the entire history of the US-judicial due processing system should all be considered dismissed as "failing to state a claim".*

## Additional possible reason that makes a reasonable individual question the First Circuit Appeals and the District Court Magistrate ruling impartiality and that likelihood of erroneous  Final Ruling could exit in this Public Safety Case:

Please note that this case is filed as the result of me as a concern Manufacturing Supervisor raising numerous immanent health and safety endangerment to the public, workers and consumers. Please note at the above defendant's workplace as the result of the truth I exposed and requiring my corrective actions retaliatory discharge by employment They have continued to create unsafe work environments, especially if those suffering are of minority backgrounds.  My position was unjustly terminated, as a result of the truths I had in good faith uncovered and the just conditions I asked for myself and my coworkers. It is not the individual incidents that are important. It is all about pattern. Pattern speaks for itself, and at my former workplace the disparate pattern was one of management intentionally & discriminatorily ignoring my concerns, and planning and executing their racially biased and motivated actions by showing repeated retaliatory racial opposition. The above defendant deliberately concealed immanent health and safety that willfully has been endangering public/ safety, patient safety and consumer protection. (Please see Appendix-A of this package as well as my motion letter dated 12-23-05, Appendix-J, Appendix-I, Appendix-E, and Appendix-D).

This retaliation continued both while employed at the above defendant's unethical corporate misconducts as well as it appears that retaliation also continued by potential biased party partisan agenda, loyalitism, influenced and intentionally failing to have this case it's day in court and associated failed due processing by the state and federal investigational institutes. (Please see Appendix-B of this package, and or my motion letter dated 12-23-05, Appendix-E, letters dated 5-10-2003 & 9-10-2003). (including MCAD, OSHA, EEOC, First Circuit Appeals and District Court Magistrate Judge) Please see Appendix-A of this package, as well as the Appendix- D & Appendix-E.

## Supplementary Imperative reason that the District Court Magistrate has Erred on His "Report & Recommendation" Final Ruling of this Public Safety Case:

I also am leaning to believe that the Magistrate Judge Neiman unfairly as the result of a combination of unfairly, loyalties and un-impartially not fully reviewing all the case submittals of either First Action Case (#: 04-30115-KPN) and, or the Second Action Case (# 05-30054-MAP) all submitted documents and appendixes has simply relied and declared his Record and Recommendation of the case both from the Defendant's rebuttal twisted, pretext and misguided referenced cases and the First Circuit Appeals erroneous final rulings at his Report & Recommendation letter, dated 1-13-2006.

In this case of public safety, not being an attorney obviously am not able to point to the specific codes of violations  below are just some of particulars and probable analysis. Please note that they are not only limited to my below findings. Please note that there might be additional questionable finding that only an independent Judge or attorney can make a distinction and reference associated cases names:

- It appears that the District Court Magistrate Judge Kenneth P. Neiman has abused his discretion on his finding of this public safety case.

- It appears that the Magistrate Judge did not consider and treated each of the two cases separately, as he states that *"this is Plaintiff's second time before the court, In Civil Action No. 04-30115-MAP".... "Plaintiff's complaint was property dismissed for failure to State any cognizable claim"*.

- It appears that the Magistrate Judge merely sided with the Defendant's opposition document and did not acknowledge, quote referenced, point out and to consider my rebuttal respond to the defendant's opposition letter. Please read my entire objection motion dated 10-31-2005 & the 12-232-05 a very detailed opposition letter to each of the defendant's opposition respond assertion.

- It appears that the Magistrate Judge did not require and has treated me disparately and failed to review, examine and perceive that the defendant's refusal to respond to my motion letter dated 10-31-05 and or the motion letter 12-23-05.

- It appears that the Magistrate Judge However did mention that I have failed to file an opposition, State a Claim upon which relief may be granted as provided by the local rule. Although on the contrary to his claim I indeed I have done so. (Please see my Motion letter dated 8-29-04.

- It appears that the Magistrate Judge have used his personal preferred outcome of the case rather than the rule of law and most importantly the rule of public safety responsibility and the constitutional protection rights. As the tone and style of his writing appears to indicate that and without sufficient explanation.

- It appears that the Magistrate Judge and the First Circuit Court have in a questionable means have se-called twisted the laws and the interpretation of the laws and merely have given their final findings based on my obvious pro-se status minor procedural deficiencies and complicated technicality of the law than cross examination of the appendixes and substantial solid documentations and witnesses. Please see letters dated 10-31-05 & 12-23-05.

- It appears that the Magistrate Judge did not review my rebuttal of the "res

*8*

judicata elements" that I stated that should not and does not apply in this case of public safety. Please see my rebuttal letter dated 10-31-05 that was not opposed by the defendant. I also would like to give an additional rebuttal in reference with the "res judicata" that most likely I could not have known d as the result of not being an attorney. I would have to rely and put my faith on Yours Honor for your professional expertise in the subject matter.

- It appears that the plaintiff did not carefully read my extensive explanation and rebuttal letter of 10-31-05 that yes indeed I am within precisely 3-years statues of limitations filing period.   Please not that I filed on 2-22-05 and my employment was officially terminated on 2-22-02.

- It appears that the selection of the First Circuit Court of Appeal was pre-selected to certain judicial philosophy (Restrictedly Republican Presidential Appointed Judges, ideology and party partisanship affiliations). Please note that I had requested that "A Full Panel Judges" meaning all 6-judges to review my case at the First Circuit. However, it appears that they chose the 3-Judge Panel that a reasonable person with the associated Appendix-A documentations of this package would question the impartiality of the final ruling. And, that a reasonable person would conclude having a higher possibility of the Conflict of Interest, Party Loyalitism Judicial philosophy. Please see Appendix-C of this package.

Additionally, I am my reservation and doubt that the Magistrate Judge Neiman unfairly in conjunction with failing to fully reviewing all the case submittals and appendixes as the result must have simply relied his ruling based on the unfair ruling of the my First Action that he had not thoroughly reviewed it's documents and appendixes.

Please note that I as a inexperienced Pro-Se Plaintiff and my obvious status of not being an attorney and not being familiar with the sophisticated technicality of the law to filing appropriate codes and legal directive, nor knowing the proper cross referencing of the

case material research, inquiries, and or stating my applicable case reference names. Therefore, I would have to rely on institutional structured that it appears have continually have failed to respond to the public safety and it's judicial accountability.

As the country has been experiencing the recent congressional controversial hearing of the impartiality, biased, partisan agenda driven loyalitism and judicial ideology is almost not only rare but also very common. The chance of this dilemma is exceptionally much elevated for what is known as an ordinary "Little Guy, Pro-Se Plaintiff" against the big and powerful unethical corporations and judicial institutional investigational due processing.

Unfortunately it appears as with this case of public safety accountability that some judicial investigational system as it appears with my case of public safety endangerment by big and powerful businesses and investigational institutional agencies would like to shield themselves against their accountability. It appears that they get influenced, given incentives and are persuaded that even human rights can be ignored in certain cases because of apprehension of challenging the system, need, dependency and or political ideology loyalties. It appears that they tend to lean and follow the path other unethical big corporations and co-conspired investigational institutions to took the other way and rather be an accomplice to the wrongdoers even when they know a series of wrongdoing is phenomenon and at stake to the national public/ worker safety and consumer protection.

## Plaintiff's Background, Life story, and Belief's

It is imperative and relevant to this case of moral and responsibility and accountability for me to reiterate to Your Honor a brief summary of my faith background, beliefs and life history. An analogous series of persecution of human rights in Iran that can be

comparable to this case of worker/ public, patients, and consumer endangerment by the big powerful corporations and institutional neglect and lack of accountability.

I am an immigrant/ humanitarian political asylum in this great country of America. Many of my immediate family as the result of being very active in their religious beliefs practice of "Baha'i Faith" for persistently standing the ground for their faith principles, peace and unity of mankind in Iran have lost their job, had their homes raided, their properties confiscated, many imprisoned/ tortured (Mother & Father), put on death by execution (Two-uncles and a Grandfather) and many far relatives (Total of 17) are still imprisoned and almost all Baha'is Faith members in Iran presently are still continue being severely persecuted. Just last month another very close family friend of our family after 17-years, serving a 40-years imprisonment died under severe torture.

In 1993 more than 15,000 graves of Baha'is were bulldozed while all the bodies still were remaining under the ground and without releasing the remaining the dead bodies to families in an attempt and pretext of make way for the construction for. Please note that among these bulldozed graves included numerous members of my family including the grave of my 16-years old deceased sister. All Baha'i cemeteries, holy places and community properties were seized soon after the 1979 Iranian revolution. Many have been destroyed, and none have been returned. Significant holy sites of the Faith all have been demolished.

All members of Baha'is Faith in Iran are denied permission to worship, hold office or carry out other communal affairs publicly or privately. The government of Iran in the past 27 years to date in effect, attempting to force Baha'i youth to recant their faith if they want to go to university, have banned all Baha'i members from all university education, they are denied most business and professional licenses, and their property is often confiscated- all in series of violations that has been condemned repeatedly in numerous international human rights forums.

The population of Baha'i members that are considered minority in Iran approximately over 300- thousand in a country of 70- million population total. The population of Baha'i Faith members in the world are approximately over 7- millions and in United States of America approximately 200- thousand. Baha'I Faith is the fastest growing and most wide-spread of all the world major independent religion. Baha'is live in over 110,000 localities; that there are over17,000 places where there are organized Baha'i communities with elected local councils (Local Spiritual Assemblies); and 172 national elected bodies (National Spiritual Assemblies). The Baha'i Faith is found in almost every country in the world.

The authorities of the Islamic Republic have subjected the members of the Baha'i religious community of Iran (the largest minority) to systematic harassment and persecution and have deprived them of their most fundamental human rights. The Baha'i religion is not recognized under the Constitution of the Islamic Republic and Iranian authorities refer to it as a heresy. As a result, the Baha'is has been denied the rights associated with the status of a religious minority: they cannot profess and practice their faith, apply their religious law in their personal affairs, and are banned from public life. Discrimination under the law and in practice has subjected them to abuse and violence.

The Islamic Republic Penal Code grants no right to Baha'is and the courts have denied them the right to redress or protection against assault, killing, and other forms of persecution and abuse. In so doing, the courts have treated Baha'is as unprotected citizens or "apostates," citing eminent religious authorities whose edicts are considered to be a source of law parallel to acts of Parliament. One such authority is the late leader of the Islamic Republic, Ayatollah Khomeini, who ruled execution as punishment for the crime of apostasy and decreed that a Muslim will not be killed for killing an apostate.

The banishment from public life has seriously damaged the Baha'is' professional, economic and social lives. Soon after the revolution, a Ministry of Labor circular called

for the dismissal from public office and all governmental organizations and associations those: "who belong to any of the misguided sects recognized by all Muslims as heretical deviations from Islam, or to organizations whose doctrine and constitution are based on rejection of the divinely-revealed religions." Finally the mandatory requirement of specifying religion in application forms and official documents seriously limits Baha'is' freedoms and opportunities in all areas of their private lives, including marriage, divorce, inheritance, access to universities, and travel.

In practice, since 1980, thousands of Baha'is have lost their jobs, pensions, businesses, properties, and educational opportunities. By banning the Baha'i organization, an elected spiritual body that administers the affairs of the faith at both local and national levels, the Iranian authorities have denied Baha'is the right to meet, elect, and operate their religious institutions.

The members of the Baha'i Faith and all my families that have been imprisoned and or have been executed before their imprisonment, or their execution had a choice of being freed, and the choice of life or death. The Extremist Islamic Republic  Government of Iran gave them two sided acknowledgment paper. One side government asking for a signature petition if they are willing to renounce/ decant their beliefs to the Baha'i Faith and convert to Islam. The other side of that signature petition paper if they are not willing to renounce their faith and convert to Islam.   If they choose renouncing their faith the authorities would allow them to get back to the society as free man, or women. If they choose not renouncing their belief to the Baha'I Faith the authorities would continue their imprisonment, their torture and or order their immediate execution without any court's due processing and trail. The answer without any hesitation to almost all Baha'i Faith members and all my imprisoned and deceased family members was very obvious in which not to compromise their standard by renouncing their faith and all refuse to sign that paper and preferred imprisonment and or death for their principles, commitment, devotion and integrity.

Bahai's Believe that humanity is now coming of age, making possible the unification of the human family and the building of a peaceful, global society. The Baha'i faith was founded about 155 years ago in what is now Iran in the very beginning of what is called "Modern Age". The founder of the faith, "Bah'u'llah", born a Persian nobleman, was imprisoned in a notorious dungeon for being a follower of the Bab. While there he was visited by a being. "Bahá'u'lláh" most of his life was exiled, tortured and imprisoned for over 40-years by the most backward country of his age. He wrote over thousands of letters and books outlining the past to glorious new age of peace. The Baha'i principle of the harmony between science and religion highlights this matter. According to this principle, Science, without religion, will lead mankind into an age of materialism and can be abused to produce dangerous and destructive developments that are in contrast to the purpose of science, which is to be of benefit to humankind. Pursue of religion on the other hand, without a belief in science, is going to result in blind superstition. Therefore, Baha'is believe that science and religion must not contradict each other for they need one another. Through an analogy, science and religion can be described as two wings of the same bird. The bird, that represents mankind, can only fly if its wings are equally strong and in balance. If one wing is stronger than the other, the bird is unable to control its flight. Furthermore, Baha'u'llah, the founder of the Baha'i Faith, taught that each individual has the responsibility to investigate their beliefs for him or herself. In my opinion, true faith stems from personal conviction that requires personal investigation. It is therefore easy to follow both my religion and my studies because both are part of my religious life.

The principles of the Baha'i Faith were established by Bahá'u'lláh, in the latter half of the nineteenth century and promulgated by His Son and appointed successor, 'Abdu'l-Bahá during a tireless twenty -nine year ministry. While on an historic teaching trip in 1912 throughout the United States and Canada, 'Abdu'l-Bahá explained Bahá'u'lláh's Teachings to audiences of infinitely varied backgrounds. Many of His talks included discussions of such Bahaí principles as:

• The oneness of mankind.• Universal peace upheld by a world government.• Independent investigation of truth.• The common foundation of all religions.• The essential harmony of science and religion.• Equality of men and women.• Elimination of prejudice of all kinds.• Universal compulsory education.• A spiritual solution to the economic problem.• A universal auxiliary language.

The explanations of these principles in the sections following are excerpts from the public talks of 'Abdu'l-Bahá in America in 1912, published in The Promulgation of Universal Peace.

Below is just a few quotes among thousands of the Founder of Baha'i Faith writings:

- *"The best beloved of all things in my sight is justice,"*
- *The earth is but one country and mankind its citizens."*
- *"Ye are all leaves of one tree and the fruits of one branch." By this it is meant that the world of humanity is like a tree, the nations or peoples are the different limbs or branches of that tree and the individual human creatures are as the fruits and blossoms thereof".*
- *"It is not for him to pride himself who loveth his own country, but rather for him who loveth the whole world. "The well-being of mankind, its peace and security, are unattainable unless and until its unity is firmly established."*
- *"The mind and spirit of man advance when he is tried by suffering. ... so suffering and tribulation fee man from the petty affairs of this worldly life until he arrives at a state of complete   detachment".*
- *"Furthermore, know ye that God has created in man the power of reason, whereby man is enabled to investigate reality. God has not intended man to imitate blindly his fathers and ancestors. He has endowed him with mind, or the faculty of reasoning, by the exercise of which he is to investigate.*
- *"...again, as to religious, racial, national and political bias: all these prejudices strike at the very root of human life; one and all they beget bloodshed, and the ruination of the world. So long as these prejudices survive, there will be continuous and fearsome wars."*
- *"To accept and observe a  distinction which God has not intended in creation is ignorance and superstition. The fact which is to be considered, however, is that woman, having formerly been deprived, must now be allowed equal opportunities with man for education and training. There must be no difference in their education".*

- *"Until the reality of equality between man and woman is fully established and attained, the highest social development of mankind is not possible."*
- *"The light of men is justice. Quench it not with the contrary winds of oppression and tyranny".*
- *"The purpose of justice is the appearance of unity among men."*
- *"To accept and observe a distinction which God has not intended in creation is ignorance and superstition. The fact which is to be considered, however, is that woman, having formerly been deprived, must now be allowed equal opportunities with man for education and training. There must be no difference in their education. Until the reality of equality between man and woman is fully established and attained, the highest social development of mankind is not possible."*
- *The poor in your midst are My trust; guard ye My trust, and be not intent only on your own ease." --Bahá'u'lláh, Hidden Words, Persian, No.54*
- *"We see amongst us men who are overburdened with riches on the one hand, and on the other those unfortunate ones who starve with nothing; those who possess several stately palaces, and those who have not where to lay their head. Some we find with numerous courses of costly and dainty food; whilst others can scarce find sufficient crusts to keep them alive. Whilst some are clothed in velvets, furs and fine linen, others have insufficient, poor and thin garments with which to protect them from the cold. This condition of affairs is wrong and must be remedied. Now the remedy must be carefully undertaken."*
- *"The time must come when the imperative necessity for the holding of a vast, an all-embracing assemblage of men will be universally realized. The rulers and kings of the earth must needs attend it, and, participating in its deliberations, must consider such ways and means as will lay the foundations of the world's Great Peace amongst men. "Such a peace demandeth that the Great Powers should resolve, for the sake of the tranquility of the peoples of the earth, to be fully reconciled among themselves. Should any king take up arms against another, all should unitedly arise and prevent him. If this be done, the nations of the world will no longer require any armaments, except for the purpose of preserving the security of their realms and of maintaining internal order within their territories."*

Bahá'í beliefs promoted major social changes when they were first circulated in the 19th century: they supported gender and race equality; world government; freedom of expression and assembly; and world peace. In many ways, they were a century or more ahead of many other faiths. Their followers are heavily involved in promoting these concepts today. Also, unlike many other religions, Bahá'ís view scientific inquiry as essential to expand human knowledge and to deepen their members' faith. They feel that science needs to be guided by spiritual principles so that its applications are beneficial to all humanity.

The Bahá'í teachings promote the elimination of all forms of prejudice and uphold equal dignity and respect for all peoples, regardless of their racial, ethnic, religious or national background. Equality of men and women, the elimination of extremes of poverty and wealth and economic justice for all peoples, universal education, and the dignity of the

individual are central Bahá'í principles.

## Plaintiff's Pledge of Allegiance & Past 4-Years Professional Employment History

I had been proud American Citizen and I take my Pledge of Allegiance to American Flag very seriously. In which it says "I pledge allegiance to the flag of the United States of America and to the Republic for which it stands, one nation, under God, indivisible with liberty and justice for all". I also have raised my hand to pledge to protect the health and safety of this great nation of America and above all our great American Constitution known to the mankind. Ever since after I became proud American Citizen I also have been pledging to my conscience Not to compromise my standards especially when it comes to the national security, public/ workers health and safety of this great nation of American people, and our greatest constitutional rights.

On the contrary and unlike my experience at the above defendant's workplace I am also extremely honored to say that I have been working proudly in the past 4-years both as an employee of the Massachusetts State Government and an employee of Federal Government. Currently, I had been proudly working since approximately 2-years at one largest health care systems in the United States called "U.S. Department of Veterans Affairs". My job title at the VA is called "Safety Officer & Occupational Health Manager". We the employee of the VA among each other call our workplace "VA-Family". VA nation wide is an employer of choice for women, minority members and disabled people. It values the cultural diversity that allows employees to perform their best and provides the opportunities for them to advance as far as their talents will take them. The 121,435 women employed by VA comprise 57 percent of VA's workforce. The 78,170 African Americans, Hispanics, Asian/Pacific Islanders, American Indians, Alaskans and Middle Easters represent 37 percent of VA's workforce. Veterans total 58,276, of whom 8,139 are women veterans and 15,303 are veterans with disabilities.

## **Plaintiff's Objectives, Concerns, Mission and Dissatisfaction:**

I would like this great country of America to remaining the greatest country in the whole world. I am committed, and feel responsible that other countries to follow our greatest American constitution as the highest authentic democratic country known to mankind. However, unfortunately at the same time the entire time while employed at the above defendant's workplace and also at the same time as pursuing this case of public safety and security case I have been observant and witnessed many workers and consumer protection injustices and public endangerment. I have personally observed as Manufacturing Supervisor that many unethical big and powerful corporation such as the above defendant and even some state and federal institutional organizations and judiciary investigational institutes do not sincerely follow the rule of our great American Constitutional rights. This has been very frustrating and hard to accept from this great country and nation of America. I see workers, public, consumers being persecuted and treated unfairly and unsafely. It makes me flash back to hard time back in old country. It is as if living in America in kind of similar oppressions in Iranian governmental styles. I am extremely feeling demoralized and severely persecuted by the above defendant and now the unfair judicial investigation process.

I have witnessed and been living example that the judicial right-wing ideology and conservative judicial injustice, party political partisanship and unequal due processing also unfortunately exits in this great country of America. The unfair pre-determined investigational agencies that are designed to assist victims, the unjust special interest agenda have been influencing the due processing of this public safety case that I am presenting. This unfair lack of just due processing is clear at majority of the institutional/ governmental levels whether by OSHA, MCAD, 3-Panel Right Wing/ Conservative First Circuit Court of Appeals, and or at the State and Federal level judicial and investigational agencies that I have personally experienced. In the past 5-

18

years I have been severely penalized all for just for wanting to defend the American Constitutional rights and wanting a health and safety environment for my workers as being a public servant and as a former concern Manufacturing Supervisor at the above defendant's workplace.

Foremost, unexpectedly it appears that this recent unfair/ judicial biased final ruling of the First Circuit Court of Appeals and the Report and Recommendation of the U.S. District Court Magistrate Judge Kenneth P. Neiman makes me feel that I have left this great country of America as a free man. It is surprising and rather evident to me that in America we have different kind of persecution in respect with blatant violations of un-unionized workers and the obvious blunt and willful lack of unethical big corporate accountability that significantly exists in this great country of America. This is in a way very much the similar kind of occurrence feeling that I was experiencing at Iran and at the above defendant's workplace of spending nine hours in there, in prison, and then came out into being free again". This feeling that I have been experiencing is also very common with other non-unionized American workers as well. That is another reason that has also inspired me to pursue this case and write to your Honor this public safety grievance motion letter.

## Requesting to Allow "Little Guy" Prove His Case in Court Against "Big & Powerful Corporations and Institutions":

The Honorable U.S. District Court, Judge Michael A. Ponsor, since I believe I can consider you a great judge of rule of laws, principle and judicial philosophy although you also have dismissed my case on the side of wrongdoer. But, however your dismissal I want to believe that was rather for another reason and just because of that 3-page hand written initial complaint. (Please see Appendix-D of this package) that contained technical legal procedural deficiencies as a pro-se plaintiff and due to unusual circumstances of my rushed submittal of the original complaint that you are aware of.

19

Just as` a reminder please note as a reminder that my computer crashed due to some unknown virus attack causing loss of all the gathered data shortly before the complaint submittal due date. Your Honor, I also to-date have been having faith on your judgments and hoping to consider you as a principled open-minded and above all truly independent U.S. District Court judge with strong conviction who has the power, competency and the courage to follow the rules of laws and wanting to make a change for the betterment of American hard working men and women and consumer protection. An honorable judge who am hopeful that would not twist the translation of the laws and case references as others have been interpreting the due processing laws on the side of special interests and big and powerful corporations and institutes than little guys. This great working American workers, public, patients and consumers deserve and needs your assistance to protect their constitutional rights, their safety and security.

## My Motivation Behind Pursuing This Case of Public Safety:

Your Honors, please note that to-date I have not yet decided to go public to media with my public safety accountability case. Since, my intension has not been to create a bad publicity to the above Defendant, but just prevailing justice, saving lives, and accountability, preventive health and safety measurements to comparable victimized workers, public, patients and consumer protection. I believe in appropriate due process and investigation through a trial to prove my case. Doing so, I am hoping that as a former concern Manufacturing Supervisor and public servant the Defendant will be forced by the judicial authorities to take all the appropriate corrective safety measurements for their workers and for their consumer product safety. I am also hoping that the above defendant would modify their existing willful unsafe corporate culture deficiencies and their unethical codes of business conducts. In which, as the result many workers have lost their lives, seriously injured and many shareholders entire life's retirement savings have been wiped out.

20

Additionally, please note that moreover I am currently a concerned "Tyco, Fidelity Shareholder". I have been holding Tyco Stocks Retirement plan uninterruptedly continually during the entire past 5-years and also among many others have lost my retirement savings in the process. By no means would I ever want to hurt any current workers/ share holders (me included). I am well familiar personally that we all have suffered enough as the result of "Tyco" corporate culture greediness of white color criminals/ terrorists. But, when comes to public safety and workers/ consumer protections I am determined if accountability justice is not served and public safety measurements is not taken in this case I will seek to exercise my rights publicly for the public protection.

Your Honors, as you can see from my persistent past 4-years pursuing this pressing public safety case that I have been extremely determined to take this safety case to its suitable corrective measurement in order to save lives of American hard working men and women. The very same hard working American workers that this country owes its very original existence upon them. Pursing this public safety case has not been trouble free for me and my family. Pursuing this case to its justice has been causing me extreme emotional and physical, anxiety and depression, extreme financial loss, a broken family and marriage to a point of at one point in the process of pursuing this case becoming borderline in the depths of despair/ depression nervous breakdown. One thing that gave me courage and motivation pursing this case of public safety had been aspiration of assuring this type of employment/ worker injustices does not happen to another harmless comparable individual and for just wanting to do the right thing.

I am hoping that this benchmark public safety awareness case might in its court's due processing demonstrate shortcoming basis and might enhance in recalibration of EEOC, FDA, EPA, OSHA, MCAD and the linked state and federally designed legal labor laws enforcement policy & procedures that has failed. I am strongly convinced that this public safety case along with many other similar points of reference cases should be

2(

brought up to the attention of the Supreme Court, the Senate and Congress. This public safety case should be used as a benchmark case that shows various controversial pressing issues that are affecting negatively and unfairly millions of American workers. A deficient current OSHA missions and grievance processing that is discouraging, discriminatory, injurious and reduces workers productivity and morality. A deficient current MCAD mission and grievance processing that is actually discriminatory at times. I know firsthand about these shortcomings of the unjust safety laws and labor laws of the OSHA and MCAD since I have been the living example of it in the past 5-years right from the very beginning of the initiation and grievance processing of this case to-date. A series of deficiencies that needs to be corrected quickly as possible to save lives of millions of Americans . Please see my Appendix-A, letter dated 10-17-02 & 10-19-02 letter that I complied and was forwarded to Senator John Kerry and Edward Kennedy under the subject of "A controversial and pressing issue that is negatively and unfairly affecting millions of American workers; a deficient OSHA enforcement that is discouraging, injurious, and reduces workers productivity and morality". Additionally a duplicated copy of the above referenced letter was also forwarded to below individuals:

Mr. John Spear, USDOL-OSHA Chief, Washington, D.C.

Mr. Richard Fairfax, USDOL-OSHA Director, Washington, D.C.

Mr. Frank Gravitt, USDOL-OSHA Regional Administrator, Boston, MA

Mr. Ronald Morin, USDOL-OSHA Area Director, Springfield, MA

Ms. Carole Horowitz, USDOL-OSHA, Investigator, Springfield, MA

Ms. Migdalia Rivera, MCAD, Investigator, Springfield, MA


Attached Appendix-B, I also am forwarding you a copy of my 32-pages of my hand written letter dated September 10, 2003 to MCAD that I believe it's contents and it's frank expression of my feeling have been a major factor of this case of public safety accountability to get swept under the carpet to-date.

The Honorable U.S. District Court, Judge Michael A. Ponsor, I am now once more (in addition to appendix-B for my MCAD appeal am writing this frank expression of facts and my feelings and am appealing this motion letter to have my voice heard to you and independent judiciary investigation authorities as well as most likely in future to the United States Supreme Court. That is what the principal of our great American democracy and constitutional laws are all about.

The sad reality of this public safety accountability case is that all along, and from the very beginning of initiating of this public safety and security grievance I had put confidence into the MCAD, OSHA and investigating process to get the justice for me and many others comparable individuals. But, I have to be outspoken and acknowledge to the Honorable U.S. District Court that upon receiving both the 3- panel United States Court of Appeals for the first Circuit final ruling and the U.S. District Court, Magistrate Judge Report I have been extremely feeling disappointed and discouraged. In which, it has unfairly has made use of concluding its recommendation and findings based on simply right wing, conservative judicial partisanship, judicial biased, judicial conflict of interest, judicial ideologist and judicial personal judgment call as well as judicial abuse of discretions.

An incorrect, biased, conflict of interest "Report & Recommendation" finding can easily lead to un thoughtful concluding decision making. The ultimate consequences are enormous and unquestionably can lead to a profound unjust, damaging and unchangeable effort.

I believe the unlawful discriminatory misconducts by many of the unethical employers can be enforced to convey into compliance, but it takes having a genuine vision, initiative, determination, and courage without being afraid of getting over the speed bumps along the way.

23

It is clear that loyalty presides over individual right claims and proves that right wing judicial judges have little sympathy for those asserting rights against corrupted institutional and governmental agencies.

In sum, in my case of entirely public safety case the First Circuit Court of Appeals and the District Court Magistrate Judge Final Report and Recommendation demonstrates a systematic right wing/ conservative tilt toward powerful institutions and against public servant individuals attempting to assert their rights to protect American constitutional integrity and public safety and security.

Other compelling facts and substantial evidence of that I am filing these emergency motions & requesting for an Independent Judiciary Investigation and Justice Department in regards with an independent investigation of judicial political malpractice/ judicial biased/ judicial conflict of interests and judicial partisanship loyalist through a buddy- buddy systems at OSHA, MCAD, EPA, FDA, EEOC, State and federal institutional investigational agencies and court system.

Your Honor please notes the following extremely facts of the case to-date, that requires an Independent Judiciary Investigation, Justice Department Investigation and the Congressional Hearing. Please see Appendix-A of this package.

## Summary of this Package Appendix-A & the Associated Discoveries to-Date:

Please not that below are not my written statements and rather I have just copied some of the recent headline new linked findings.

"Former Tyco general counsel Flanigan was appointed as Deputy Attorney General for the President Bush administration's nominee for deputy attorney general, Timothy E. Flanigan, came before Senators for a hearing. Flanigan is the former general counsel for

84

Tyco, and the yet another right wing extremist conservative administration nominee for a key position who has a background serving corporate special interests.

Flanigan, who as deputy attorney general would be in charge of prosecuting corporate crime, was involved with lobbyist Jack Abramoff in an effort to keep open a Bermuda tax loophole that saved Tyco millions of dollars a year in taxes".

"In hearings last month Flanigan admitted that he had supervised Abramoff's lobbying work for Tyco, which reincorporated in Bermuda in 1997 to save hundreds of millions of dollars in taxes. But he refused to answer questions specifically about what Abramoff did for the company. Sen. Richard J. Durbin (D-Ill) said he would submit written questions seeking more details. Abramoff reportedly lobbied on behalf of bills that would penalize American companies, like Tyco, that moved their headquarters offshore to avoid taxes. Various proposals over the years would have banned government contracts for tax traitors or closed the loophole. In 2004, Congress finally succeeded in closing the Bermuda loophole for future reincorporators, but companies like Tyco that had already made the move were grandfathered in".

"The Justice Department needs to crack down on corporate criminals, not hire lawyers who worked with criminal corporations to key leadership positions. Republican lobbyist Jack Abramoff bragged two years ago that he was in contact with White House political aide Karl Rove on behalf of a large, Bermuda-based corporation that wanted to avoid incurring some taxes and continue receiving federal contracts, according to a written statement by President Bush's nominee to be deputy attorney general". Please see Appendix-C.

Very Respectfully Yours, as the result of all the above stated facts, findings and statements would like to reserve my rights as a Pro-Se Plaintiff in a public safety case and as a public servant for American Constitution Protections and Rights to re-emphasis my below officially requested 4-motions:

25

*1)-Filing Reconsideration Motion of all the previous denied motions that was filed.*
*2)-Filing motion for Independent Judiciary Investigation & Justice Department.*
*3)-Filing motion for Recusal of Judge Kenneth P. Neiman of this Public Safety Case.*
*4)-Filing motion for unlawful case review Writ of Certiorari, Habeas, Corpus petition*
  *Additionally I also would like to reserve my rights as Pro-Se Plaintiff in a public safety*
  *case in regards with this public safety/security case due processing to date-Starting from the initial case opening starting at MCAD, OSHA, EEOC, US-First Circuit Appeals and US-District Court in reference to Records & Recommendation dated 1-13-2006.*

Additionally, equally important would like to reserve my rights as a Pro-Se Plaintiff in a public safety case to following petition:

I am Officially Filing This Petition from the U.S. District Court of Complete and Thorough Review of **ALL** Case Correspondences and Appendixes of the Two - Case Actions (First Action # 04-30115-KPN & Second Action # 05-30054-MAP) in Court's Possession in Sequence of Materials Received on This Crucial Public Safety Case:

I am Officially Filing This Petition from the U.S. District Court of Complete and Thorough Review of **ALL** Case Correspondences and Appendixes of the Two - Case Actions (First Action # 04-30115-KPN & Second Action # 05-30054-MAP) in Court's Possession in Sequence of Materials Received on This Crucial Public Safety Case.

Very Respectfully Yours,

Behzad A. Samimi, (Pro-Se Plaintiff, Not by Choice)

# TABLE OF CONTENTS

# (This package was filed with the District Court on 12-23-05)

Pages

- Cover Page ...........................................................................

- Plaintiff & Defendant's Address .............................................

- Table of Contents ...............................................................

- Table of Contents, Appendixes.............................................

- Plaintiff is Filing an Emergency Motion & Requesting Reconsideration of:
  A Court Appointed Counsel "Under Exception, Child Welfare"/ (Child Patient Safety
  And Child Consumer Protection.................................................... 2

- The Defendant's Worksite Manufacturing Finished Products............................. 3

- Defendant's Focal Intension of Their Motion, Dated December 7, 2005.................. 4

- Principal Reason for Granting the Plaintiff's Motion & Denying the Defendant's Motion  7

- Erroneous First Circuit's Final Rulings of the Plaintiff's First Action..................... 9

- 101% of Substantive Merit of the Appeal of this Public Safety Case...................... 14

- Plaintiff's Pain & Suffering.................................................... 17

- Pain & Suffering Associated Medical Treatments............................................ 17

- Other Professional Staff in which Participated in Plaintiff's Consultation Therapy... 18

- Pain & Suffering Associated Medical Treatment During Employment.................. 18

- Other pain & Sufferings.................................................... 19

- Plaintiff's Biography, National Origin and Spiritual Conviction.......................... 20

- Plaintiff's Motivation Behind Pursuing this Case of Public Safety........................ 21

- CONCLUSION.................................................... 23

- Certificate of "Pro-Se Plaintiff (Not by Choice) ...................................................

- Certificate of Service ...........................................................

c27

# APPENDIXES

## (This package was filed with the District Court on 12-23-05)

- **Appendixes-A,** (Defendant's Letters to the District, Dated December 7, 2005)

- **Appendixes-B,** ("Petition Briefings for Rehearing & Review" from Circuit)
    Letters dated 12/8/2005 and 12/15/2005

- **Appendixes-C,** (Plaintiff's Opposition Letter to District, letter dated 10-31-2005

- **Appendixes-D,** (Plaintiff's Letter to Senator Kerry, Senator Kennedy,
    OSHA, MCAD, DOL Directors)

    (Plaintiff's Initial Briefings to First Circuit, dated 3-23-2005)

- **Appendixes-E,** (Initial Filing with MCAD & OSHA, dated 8-1-02 & 8-6-02)
    -(OSHA Appeal Letter, dated 9-4-02 after dismissal of my case)
    -Plaintiff's handwritten letter to MCAD, dated 12-20-2002
    -Plaintiff's hand written notes submitted to MCAD, dated 9-10-2003

- **Appendixes-F,** (Plaintiff's First Action consisted of rushed 2-pages of a
    handwritten original complaint to the District Court that
    caused the dismissal of his case for "Failing to State a Claim")

    - (All Briefings with the First Circuit Appeals)

- **Appendixes-G,** (Pains & Sufferings as the Result of Pursuing This Case of
    Public Safety, (includes all medical documents of anxiety &
    depression as well as marital break up/ divorce)

- **Appendixes-H,** (Portfolio/ Resume of the Plaintiff, Safety Licenses,
    Certification, Accomplishments & Recommendation Letter)

- **Appendixes-I,** (Various Newspaper Articles Justifying Plaintiff's Motions)

- **Appendixes-J,** (Plaintiff Letters that caused his Retaliatory Job Termination)
    (Letters Dated 12-13-2001 & 1-17-2002)
    (Retaliatory Job Loss 2-8-2002)

**Appendixes-K,** (Final Rulings Received from the First Circuit Appeals)

**Appendixes-L,** (Plaintiff's Performance Evaluation While Employed at the
    Defendant's Workplace)

c28

# Certificate of Service

I, Behzad A. Samimi Pro-Se Plaintiff (not by choice) hereby certify that on Friday, February 3, 2006, a hand delivery of the "Objection to the R & R letter dated January 13, 2006" was dropped off at the after hours District Court's front lobby mail dropped box to the below recipient:    (please see the date & time stamped of the cover page)

The Honorable United States District Court, Clerk's Office
Office of the Clerk
United States Courthouse
1550 Main Street
Springfield, MA 0111203

Also on Saturday February 4, 2006 I, Behzad A. Samimi will be filing one copy of the "Objection to the R & R letter dated January 13, 2006" of the Pro-Se Plaintiff – Appellant to the Defendants-Appellee on the following party by way of First Class Mail, postage paid to:

Attorney Evan J. Shenkman
Ogletree, Deakins, NASH,
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960

February3, 2005
Date

Signature

29

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.