UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BEHZAD A. SAMIMI,            )
    Plaintiff            )
                               )
            v.           )   C.A. NO. 05-30054-MAP
                               )
TYCO HEALTHCARE/LUDLOW/      )
LUDLOW TECHNICAL PRODUCT,    )
    Defendant            )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION REGARDING
DEFENDANT'S MOTION TO DISMISS
(Docket Nos. 14 & 5)

February 27, 2006

PONSOR, D.J.

    Plaintiff has brought this action against his former employer, alleging that Defendant was responsible for many health and safety violations and that Plaintiff's termination was unlawful. Defendant filed a Motion to Dismiss, which was referred to Magistrate Judge Kenneth P. Neiman.

    On January 13, 2006, Magistrate Judge Neiman issued his Report and Recommendation, to the effect that the motion should be allowed, based primarily on <u>res judicata</u> grounds.[1] Plaintiff thereafter filed an objection to the Report and Recommendation.

---

[1] As the Magistrate Judge noted, the complaint suffered additional flaws arising from the statute of limitations and (with regard to state claims) a failure to exhaust administrative remedies.

Upon de novo review, this court hereby ADOPTS the Report and Recommendation of Magistrate Judge Neiman dated January 13, 2006 and allows Defendant's Motion to Dismiss. It is very obvious from a review of the file that the dismissal of Plaintiff's previous complaint, which raised virtually identical issues, operates as a bar to this litigation under the doctrine of res judicata.

For the foregoing reasons, Defendant's Motion to Dismiss (Docket No. 5) is hereby ALLOWED.  The clerk will enter judgment of dismissal for Defendant.  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge