# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

BEHZAD A. SAMIMI,

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:05 -30054 -MAP

TYCO HEALTHCARE/LUDLOW /
LUDLOW TECHNICAL PRODUCT.,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Tyco Healthcare/Ludlow/Ludlow Technical Product, against the plaintiffs Behzad A. Samimi, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                **SARAH A. THORNTON**,
                                CLERK OF COURT

Dated:  February 27, 2006        By  /s/ Maurice G. Lindsay
                                    Maurice G. Lindsay
                                    Deputy Clerk