UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAR 28  P 4: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

Date:   March 28, 2006

From:   Behzad A. Samimi, (<u>a Pro-Se Plaintiff, not by choice</u>)
        36 Emerald Road, Springfield, MA
        Tel #: 413-782-0258, Cell #: 413-237-5295
        E-mail: samimibdvs@aol.com

To:     Honorable United States District Court, Deputy Clerk Office

        1550 Main Street, Springfield, MA 01103

Re:     Behzad A. Samimi (Pro-Se Plaintiff)/ Verses

        TYCO Healthcare/ Ludlow/ Ludlow Technical Product, (Defendants)

Case #: <u>**3:05-cv-30054-MAP**</u>   *(Please also similarly see to Case # <u>3:04-cv-30115- KPN</u>)*

## **NOTICE OF APPEALS**

This notice is hereby given that I, Behzad A. Samimi above "Pro-Se Plaintiff" named in this "Public Safety/ Public Policy Case", hereby appeal this entire investigational-institutional & judicial conflict of interest/ investigational-institutional & judicial ideology/ political agenda-favoritism & party partisanship/ investigational-institutional & judicial biased of the above cases and it's unjust due processing in which has lead to an incorrect final ruling ordered from the Honorable U.S. District Court Judge Ponsor, entered in the above entitled court action on February 27, 2006.

*<u>Please similarly also see my Objection to R & R letter dated 2/3/2006 to the US- District Court, as well as the above both cases including all previously submitted linked initial filed cases at MCAD & OSHA</u>*

3-28-06                 [signature]
Date (Submitted)        Behzad A. Samimi              Deputy Clerk (Receipt)

-------------------------------------------------------------------------------------
- This Notice of Appeal was hand delivered on March 28, 2006 to Deputy Clerk's Office.
- A duplicate of this notice of Appeal was also delivered to the Defendant's Attorney, Evan J. Shenkman on March 28, 2006 by way of First Class, USPS, Next Day Express Delivery.