# United States Court of Appeals
# For the First Circuit

---

No. 04-2632

---

US-District Court (Springfield Office)
Case #: 3:05-cv-30054-MAP

---

# *FYI, Please File*

---

*From* →   BEHZAD A. SAMIMI
Pro-Se Plaintiff/ Appellant (<u>Not by Choice</u>)
V.
TYCO Healthcare/ Ludlow/ Kendall-
Ludlow Technical Products, LTP,
Defendant – Appellee

---

*(Emergency Petition/ Motions)*

---

*Attached package was filed with the
US-District Court, Springfield Office*

4-3-2006

| | |
|---|---|
| Date: | April 3, 2006 |
| To: | Honorable Judge Michael A. Ponsor<br>United States District Court, Office of the Clerk<br>United States Courthouse<br>1550 Main Street, Springfield, MA 01103 |
| From: | Behzad A. Samimi<br>36 Emerald Road, Springfield, MA 01119<br>E-Mail: samimibdvs@aol.com<br>Home: (413)- 782-0258/ Cell: (413)- 237-5295 |
| Re: | Case #: 3:05-cv-30054-MAP (Also see case # 3:04-cv-30115-KPN)<br><br>Behzad A. Samimi (<u>Pro-Se Plaintiff</u>)/ Verses<br>TYCO Healthcare/ Ludlow/, Ludlow Technical Product, (Defendants) |
| Petitions: | Filing listed below "**<u>Emergency Petitions/ Motions/ Constitutional Protection Civil Actions Grievances</u>**" for experiencing existence of a high probability & very questionable judicial investigational impropriety/ due processing conflict of interest, judicial biased, partisan political pressure and direct judicial party affiliation influenced of this case of public safety/ public policy. |

**Honorable United States District Court, Judge Michael A. Ponsor**

<u>Statement of Claim and facts of the case</u>

Very respectfully yours, Although I realize almost all judicial investigational entity and

judicial systems enforcement agencies DO NOT like to be told that they can't conduct

business as they see fit in the due processing or that their question of authorities being

disputed/ being appealed, and that they are being that they 're biased I am filing these

below emergency petitions. I am also well aware that me especially as a pro-se plaintiff,

not familiar with the sophisticated technicality and legal procedural laws that I am

1

knowing very well in which the judicial appeal legal system may do their very best to punish me for it later…SO HELP ME GOD…..

But, your honor, in regards with the above known facts since I have a valid reason believing that various enforcement agencies and judicial authorities cannot be impartial, I am filing these petitions that are essential in this case of public safety and public policy and constitutional protection.

I am additionally filing listed below official emergency petitions/ motions/ constitutional protection civil actions grievances and associated grievances for having personally experienced various continual existences of a range of the questionable biased/ influenced conservative extremist ideology by the investigational enforcement agencies loyalties and their final judicial radical decision making. I am confidently being concerned and disturbed of these series of unjust/ unfair state and federal institutional judicial processing.

In view of the above, but since I am loving this great country of America very much and in order to safeguarding our great American Constitutions and <u>as a "Life Time Registered Independent Political Party Membership"</u>, I would like to fearlessly for the interest of the constitutional protection and in good faith effort to challenge these series of radical conservative court proceedings and its unfair appearance of judicial improprieties of this pressing case of public safety/ public policy….once again,… SO HELP ME GOD…

2

Various confirmed statistical data pertaining to the judicial unfair decision making analyzed by the independent judicial review has determined the <u>Republican Political Party Imbalanced Court Rulings Ideologies and Linked Republican Political Party Influenced Judicial Due Processing Appointees of the Investigational Enforcement Authorities</u>. It has been established in conclusion that in general there is a linked extremist radical judicial party partisanship ideology and direct linked of questionable extremist conservative judicial investigational impropriety/ conflict of interest and partisan political pressure. .

Having witnessed and can testify the above injustices personally I am filing below Official Emergency Petitions/ Motions/ Constitutional Protection Civil Actions:

## Petitions/ Motions/ Constitutional Protection Civil Actions # 1

Very respectfully yours, Your Honor having been notified in the past 5-years pursuing this case and its linked series of unfair/ incorrect final ruling of the above referenced cases by OSHA, MCAD, EEOC, Hampden Superior Court, Massachusetts Appeals Court, US-First Circuits Court of Appeals and US-District Courts and having reasonable doubts and questioning the impartiality and the linked judicial conflict of interest of the above Judicial authorities and the US- First Circuit Court of Appeals Republican Political Party Appointee Judges for appeal investigational review processing of this case I am officially filing this petitions/ motions/ constitutional protection civil actions to request that this national public safety/ national public policy case <u>to be transferred</u> to

3

another independent/ impartial Circuit Court of Appeal preferably the <u>US- **Ninth** Circuit Court of Appeals</u> for its linked appeal review of the above stated referenced case numbers.

### Petitions/ Motions/ Constitutional Protection Civil Actions # 2

Having reasonable doubts and questioning the impartiality and the linked judicial conflict of interest of the Republican Judicial Appointee Appeal Judges I am officially filing this petitions/ motions/ constitutional protection civil actions to request that all Republican Appointees Judicial Investigational Judges and administrative legal authorities <u>to be Recused</u> from any direct case documentation handling of the case and its direct final decision making of this pressing case of the public safety/ public policy accountability and enforcement.

### Petitions/ Motions/ Constitutional Protection Civil Actions # 3

Very respectfully yours, I am officially filing this petitions/ motions/ constitutional protection civil actions and requesting for some sort of bi-partisan executive branch congressional hearing/ an independent state & federal judicial ethic & codes of conducts review committee/ an independent justice department to re-investigate/ re-open this case of public safety/ public policy that appears its fair constitutional due processing has been violated by various state, federal, governmental and institutional enforcement agencies and entities.

### Petitions/ Motions/ Constitutional Protection Civil Actions # 4

I am also as a concern public servant Pro-Se Plaintiff who has been aspired to saving American lives by being determined to pursuing this case of public safety/ public policy

4

who all along could not have afforded to hire a legal counsel, officially filing this petitions/ motions/ constitutional protection civil actions and <u>I am questioning the entire legality/ legitimacy of the investigational agencies and judicial due processing.  This being very comparable to me activating my own court review and similar to the "Writ of Habeas Corpus" but rather than a criminal case and this being on this "Public Policy Interest/ Constitutional Protection Civil Case and general public being as its victim</u>. I am questioning the entire legality/ legitimacy of the linked grievance of these cases from its very beginning case initial complaint filing of the OSHA/ MCAD/ EEOC all the way up through various appeals to today's date to its unfair final conclusions ruling.

### Petitions/ Motions/ Constitutional Protection Civil Actions # 5

I am also as a concern public servant Pro-Se Plaintiff who is mainly aspired to saving American lives by being determined to pursuing this case of public safety/ public policy but can not afford an attorney, officially filing this petitions/ motions/ constitutional protection civil actions to request for an <u>"Independent/ Impartial Court Appointed General Counsel"</u> to investigate series of the above defendant's sequences of retaliatory wrongdoings and its suspicious linked accomplices of the enforcement agencies that have continued their mutual interest retaliatory carry out against me while I have been pursuing this case of public safety endangerment/ public policy misconducts that clearly has been jeopardizing the constitutional justice and its associated due processing independency.

5

## Petitions/ Motions/ Constitutional Protection Civil Actions # 6

I am also filing this petitions/ motions/ constitutional protection civil actions and would like to preserve my rights and other general public civil liberties driven by safeguarding constitutional rights/ national public safety & national public policy welfare to request for an appointed legal counsel representation in order to file a "Class Action Constitutional Protection Grievances/ Appeal Proceedings". This Class Action law suit is to be filed in order to protect American constitutional rights and my due processing rights as an ordinary Pro-Se public servant that I am entitled to, as well as to any other entitlements to any other comparable victimized individual negatively effected by.

## Petitions/ Motions/ Constitutional Protection Civil Actions # 7

I as a Public Safety/ Security Whistleblower Public Servant am filing this "Public Safety/ Public Policy Whistleblower Grievance by filing this petitions/ motions/ constitutional protection civil actions and seeking an independent judicial investigation in order to reverse the suspicious multiple unfair, biased, conflict of interest, incorrect/ judicial impropriety conclusion findings by the State and Federal enforcement agencies and judicial system of the OSHA, MCAD, EEOC, Hampden Superior, Massachusetts Appeals Court, US-District Court (Springfield Office) and the US-First Circuit Court of Appeals. This is being done and intended mainly for safeguarding and sustaining the constitutional welfare and rights of the comparable/ equivalent present and future potential grievance cases for its accountability, preventive and corrective actions.

## Petitions/ Motions/ Constitutional Protection Civil Actions # 8

Filing this petitions/ motions/ constitutional protection civil actions to request an "**Oral Argument Hearing , before the Court**" of all the three categories of judicial and administrative and legislative. Also I am requesting for an "Oral Argument" to identify appropriate regulation stage. Please note that This Oral Argument is imperative for me as a Pro-Se Plaintiff in a case of public safety/ public interest. Above all it is necessary for me to bring justifications and show the court the tremendous difficulties and hardship that pursuing this case of public safety endangerment corrective action and preventive measurement has been inflicted negatively to me, my entire family and the performance effectiveness of my current employment public/ worker safety responsibilities.

## Additional Substantiation of Charges:

Your Honor, after thorough investigation of the all evidences and the facts of the case that has been presented collectively at this public safety case, I or any other reasonable person would believe and suspect and question that there are various possibilities state of affairs and numerous inconceivable suspicious appearances and, skeptical grounds that makes any rationale individuals consider that various investigational enforcement agencies/ judicial authorities have acted in questionable abuse of judgmental faith, conflict of interest, judicial extremist conservative political party loyalties, judicial/ political agenda favoritism and existence of abuse of discretions and corruptions.

7

It appears that the above questionable of abuse of power as well also includes the above defendant's legal counsels law firms of (Ogletree Deakins & Jackson Lewis) and their ownership/ partners that appears to be chosen deliberately with the intent to represent and influence/sway the outcome of this public safety case by means of a pre-calculated/ pre-selected legal counsel for this public safety/ public policy accountability case and hence on behalf and mutual special interest of the above powerful defendant advantage. It appears that all the legal counsels represented/ chosen by the defendant and enforcement agencies and judicial systems had mutual concern of the outcome of the planned/ failed due processing.

I am also tending to presume that these series of misconducts has been done as part of a combination series of preparation cover up/ political party agenda ideology influence through a sequence of connected powerful institutional enforcement agencies and special interest. It appears that this special interest is guided/ coached through mainly mutual special interest of "Republican Political Party Partisanship Influenced/ Body-Body System".

It also appears that the proper due processing purposely has been failed/ neglected to allow this case of public safety/ public policy and associated accountability to not go through its fair judicial due processing and accountability.

I am also inclined and deeming to believe that these considered due processing failure are intended and appears to be both at the state/ federal investigational enforcement agencies (OSHA, MCAD, EEOC), judicial judges and employees of the investigational judicial authorities. Throughout the grievance of this public safety case multiple legal/ judicial due processing ethical codes of conducts has been violated.

To my very limited knowledge as a Pro-Se Plaintiff that I am aware of, the above mentioned enforcement agencies, judicial investigational authorities and above defendant's legal counsels are to strictly comply with the below list of the ethical/ codes of conducts code rules. While pursuing this case of public safety I as a "Pro-Se Plaintiff, not by choice" have discovered various levels of judicial/ legal counsel misbehaviors/ misconduct failed legal investigational due processing.

The above and below list of questionable misbehavior has been neglected to be discovered and have been carried out throughout the entire grievance due processing of this public safety/ public policy case from the very beginning complaint grievance filing at the OSHA/MCAD/ EEOC.

It appears that the above mentioned failed due processing has continued from OSHA/ MCAD/ EEOC to the US-District Court Magistrate Judge (Springfield Office) as well as the materialized pre-selected First Circuit Appeal Court 3-Judge Panels to today's date.

9

It appears that the application of constitutional due process of substantive procedural due process was not served in this case from the very beginning of the case all the to today's date. I believe that I have been deprived of constitutional Bill of Right and Civil Rights due processing and equal protection of the law. That my constitutional of due process of the law and the equal liberties has not been served by various levels of conservative investigational and judicial entities.

It also comes into the view of any reasonable person the above intentional misbehavior has been created as the result of the existence of a combination of party partisanship/ judicial ideology/ judicial imbalance, judicial impropriety, judicial conflict of interest, judicial biased, part partisan investigational appointees and intentional lack of judicial oversight.

Listed below are the questionable misbehavior that has been violated/ neglected by the above linked investigational enforcement/ judicial authorities as well as the above defendant's appointed legal counsels

Listed below are just the questionable misbehaviors that has been violated/ neglected codes of ethics/ codes of conducts that only has been discovered by me as an inexperienced pro-se plaintiff not familiar with additional detailed technicality of the

10

laws in this public safety case. The listed below series of additional violation codes of conducts on this public safety case are not only limited to:

1. Have misused the investigational due processing decision making capacity to obtain a personal gain or benefit.

2. Have advanced their private financial and political party of the pubic official above the public interest.

3. Have not addressed all facts presented by the complaining according to the evidence shown on the record.

4. Have shown interest by simulated authorities and have decisively intervened in the exercise of the due processing negatively on their own or their third party special interest.

5. Have not considered opposing facts and evidence as against, and relating to, that of the plaintiff's complaining facts and evidence);

6. Have not applied the appropriate law to the facts determined to be relevant and material to the case according to the evidence of record (considering all evidence of both sides without partiality or bias).

7. Have not submitted written findings of fact and conclusions of law in all actions and proceedings-- including a written explanation for motions filed by the plaintiff-- to legally support the judicial decision reached.

8. Have not brought the case to a lawful conclusion as specified by law.

11

9. Have been influenced in a manner the outcome of litigation or dispute pending before another court or administrative agency.

10. Have not been faithful to the law and maintain professional competence.

11. Have not endeavored diligently to ascertain the facts and the applicable law unswayed by partisan interests, public opinion or fear of criticism.

12. Have not abstain from making impartial recommendation on any pending or impending case and have not required similar restraint on the part of court personnel.

13. Have not diligently discharge administrative responsibilities, maintain professional competence in court management, and facilitate the performance of the administrative functions

14. Have not organized and supervised the investigational due processing to ensure high standards of public service and fidelity.

15. Have not taken or initiate appropriate disciplinary measures against lawyers or court personnel for unprofessional conduct of which the enforcement agencies and judicial system may have become aware.

16. Have not appointed special judicial review, commissioners, administrators and others strictly on the basis of merit and qualifications, avoiding nepotism and favoritism.

17. Have not taken part in a proceeding where the enforcement agencies and judicial impartiality might reasonably be questioned. Including when the judicial system had the personal knowledge of disputed evidentiary facts concerning the proceeding;

18. Have not served as executor, administrator, legal counsel, guardian, trustee or lawyer in a case of public safety, consumer protection or matter in controversy, or a former

associate of the investigational agency served as counsel during their association, or the judicial investigational authority, judge or lawyer was a material witness therein.

19. Have not refrain from financial and business dealing that tend to reflect adversely on the court's impartiality, interfere with the proper performance of judicial activities or increase involvement with lawyers or persons likely to come before the court.

20. Have not subjected to the provisions of the proceeding rules.

21. Have hold and managed investments as officer, partner, director, manager or advisor, or employee of any business.

22. Have accepted gifts bequest, or loan from any that has not been allowed by law.

23. Have served as the partner, executor, administrator, trustee, guardian, or other fiduciary, except for the estate, trusts and close friends.

24. Have served in proceedings that might come before the court of said judge; or act as such contrary to rules

25. Have engaged in the private practice of law that prohibited by the conflict of interest, the Constitution or law.

26. Have engaged in the practice of any other profession provided that such practice have conflicted or tend to conflict with judicial functions, legal counsel.

27. Have not made a conflict of interest, special interest, or financial disclosure as required by law.

28. Have not accepted or accepted appointment or designation to enforcement agencies performing decision making power of court or administrative and investigational due processing functions.

29. Have made political connection, friendship, contributed to the party funds, publicly endorse candidates for political office or participated in other partisan political activities.

30. Have deliberately violated the due processing and disregard of the material facts.

31. Have ignored laws, ignored evidence, eminent domain abuse, decision making without proper due processing.

32. Have taken for granted the Pro-Se status of the Plaintiff to their advantage and have abused their discretion and applied misapplication of the laws.

33. Have finally entertained personal views on "Recommendation & Review, R & R" both at the First Circuit Appeal Level and the US-District Court in order to negatively influence the final decision making of the court, including to manipulate/ sway the higher or lower court final decision ruling to their desirable outcome.

34. Have acted without jurisdiction, blocking of lawful conclusion of the case. And, multiple deliberate/ negligence abuses violation of the state and federal constitutions.

***The Honorable Us-District Court, Judge Michael A. Ponsor, respectfully yours your honor it is very imperative to this petition/ motion/ constitutional protection civil right case that for additional detailed substantiation and justification of the above 34- items and my other stated findings please refer to my Objection to R & R letter dated 2/3/2006 that was addressed to your attention. Please also refer to this package attached appendixes.***

14

## **CONCLUSION**

It appears to any reasonable person that when the 3-branch of government is one political party partisanship ideology....It tend me to make me believe that there is no wonder the one party 3-judge panel of the First Circuit are also going to be pr-selected to one political party appointee judges. It also tend me to make believe that unfair/ unjust/ appearance of judicial impropriety. Albert Einstein said it best "we can solve the problems we have created with the same thinking that created them".

Looking forward for your fair and impartial investigational respond and more so the appropriate preventive and corrective actions of the series of the loopholes and deficiency of the due processing of the laws that has been identified.

Very Respectfully Yours,

Behzad A. Samimi

(A Pro-Se Plaintiff- Public Servant, Not By Choice)

# APPENDIXES

- **Appendixes-A,** (Plaintiff's Letter to <u>Senator Kerry</u>, <u>Senator Kennedy</u>, OSHA, MCAD, DOL Directors)

- **Appendixes-B** (Initial Filing with MCAD & OSHA, dated 8-1-02 & 8-6-05)

- **Appendixes-C** (Plaintiff Letters that caused his Retaliatory Job Termination)
  (Letters Dated <u>12-13-2001</u> & <u>1-17-2002</u>)
  (Retaliatory Job Loss <u>2-8-2002</u>)

- **Appendixes-D** (Plaintiff Letters to MCAD, Letter Dated May 16, 2003)

- **Appendixes-E** (Plaintiff Letters to MCAD, Letter Dated Sept. 10, 2003)
  **32-pages, hand written**

- **Appendixes-F** (Plaintiff Letters to OSHA, Letter Dated Sept. 4, 2002)

-**Appendixes-G** (Various pages of internet articles and web pages that clearly shows a range of justification of extraordinarily questionable judicial investigational impropriety/ due processing conflict of interest, judicial biased, partisan political pressure and direct judicial party affiliation influenced of this case of public safety/ public policy.



16

## Certificate of "Pro-Se Plaintiff (Not by Choice):

FILED
'S OFFICE

2006 APR -1  P 5: 51

Your Honors, very respectfully yours please make a notice that I, Behzad A. Samimi the above Plaintiff verify that I have been the only "Pro-Se Plaintiff" throughout the entire this communication, as well as all other associated previous correspondence of all the above case submitted association contents, this also includes both verbally, or in writing past or present. And, that I, the Pro-Se Plaintiff have single-handedly researched, assembled, studied, gathered contents of correspondence data, and, or the discovery of the legal terms, violation codes and regulations. No attorneys, legal council, or any other individual in that manner has guided me or instructed me how to proceed, what to say and or what to write on this case to-date. This also includes the above mentioned subject matter throughout the entire above referenced case from the very beginning of the retaliatory treatment during employment or after the of the job termination. Please note that this does Not include probably spending a normal average (1/2-hour) free attorney consultations that I had been doing while tying to search locating for a legal council representation on this case. Please note that none of these free consultation attorney's I had known personally or been a friend of mine, and that I had located all these free consultation attorneys through phone books and or other local advertisements. Thank you very much for your attention and consideration to this important subject matter.

Date: -------4-3-06-------------------          Signature: _[signature]_

17

# Certificate of Service

I, Behzad A. Samimi, Pro-Se Plaintiff- Appellant, hereby certify that on April 3, 2006, I hand delivered 1- copy of this Emergency Petition/ Motions constitutional protection civil right case to:

Honorable Judge Michael A. Ponsor
United States District Court, Office of the Clerk
United States Courthouse
1550 Main Street, Springfield, MA 01103

-----------------------------------

Also, I, Behzad A. Samimi, Pro-Se Plaintiff- Appellant, hereby certify that on April 3, 2006, I hand delivered 1- copy of this Emergency Petition/ Motions constitutional protection civil right case by means of **Federal Express, Next Day- Express Service to:**

Civil Clerk's Office
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210

-----------------------------------

Also, I, Behzad A. Samimi, Pro-Se Plaintiff- Appellant, hereby certify that on April 3, 2006, I hand delivered 1- copy of this Emergency Petition/ Motions constitutional protection civil right case by means of **Federal Express, Next Day- Express Service to:**

Attorney Evan J. Shenkman                      Defendant Attorney- Appellee
Ogletree, Deakins, NASH,
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960

Date: ____4-3-06____          Signature: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.