05-30054
USDC-MASP
J. PONSOR

# United States Court of Appeals
## For the First Circuit

No. 06-1604

BEHZAD A. SAMIMI,

Plaintiff, Appellant,

v.

TYCO HEALTHCARE/LUDLOW/LUDLOW TECHNICAL PRODUCT,

Defendant, Appellee.

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: October 16, 2006

We have carefully reviewed the record and the parties' submissions.[1] We agree with the district court that this case was barred by the doctrine of res judicata. To the extent plaintiff is unhappy with the disposition of his prior case, he cannot simply file more lawsuits in an attempt to obtain the result he seeks. <u>Breneman</u> v. <u>United States ex rel. FAA</u>, 381 F.3d 33, 38 (1st Cir. 2004). Accordingly, the judgment of the district court is <u>affirmed</u>. <u>See</u> 1st Cir. R. 27(c).

Plaintiff's requests for miscellaneous other relief are <u>denied</u>.

---

[1] To the extent plaintiff's submissions include material that was not presented to the district court, we do not consider that material on appeal. <u>See, e.g.</u>, <u>United States</u> v. <u>Kobrosky</u>, 711 F.2d 449, 457 (1st Cir. 1983).

By the Court:
Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*(signature)*
Deputy Clerk

Date: 12/20/06

By: \_\_\_MARGARET CARTER\_\_\_
     Chief Deputy Clerk.

[cc: Behzad A. Samimi and Peter O. Hughes, Esq. ]